# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.* MARK J. O'CONNOR and SARA F. LEIBMAN, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CELLULAR CORPORATION, USCC WIRELESS INVESTMENT, INC., TELEPHONE AND DATA SYSTEMS INC., KING STREET WIRELESS, L.P., KING STREET INC., and ALLISON CRYOR DINARDO, <br><br> Defendants. | Case No. CIV-15-370-D |

## ORDER

Upon consideration of the Government's Notice of Election to Decline Intervention [Doc. No. 47], filed pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court orders as follows:

IT IS HEREBY ORDERED that:

1. The Complaint shall be unsealed and served upon Defendants by Relators;

2. All other contents of the case file shall remain under seal and shall not be made public or served upon Defendants, except for this Order and the Government's Notice, which Relators shall serve upon Defendants only after service of the Complaint;

3. The seal is lifted as to all matters occurring in this action after the date of this Order;

4. The parties shall serve copies of all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided by 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts at its own expense, and may be permitted to intervene in this action at a later date upon a showing of good cause;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before granting its approval, as required by 31 U.S.C. § 3730(b)(1).

**IT IS SO ORDERED** this 5th day of December 2019.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge