# EXHIBIT 1

**Auction number:**     73

**File Number:**     0003247597

**Applicant Name:**     King Street Wireless, L.P.

**Date Submitted:**     1/4/2008, 10:35 AM

# Applicant Information

## Applicant Name

| | |
|---|---|
| Entity Name: | **King Street Wireless, L.P.** |
| Jurisdiction of Formation: | **Delaware** |

## Applicant Legal Classification and Status

| | |
|---|---|
| Legal Classification: | **Limited Partnership** |
| Applicant Status: | |

## Applicant Address

| | |
|---|---|
| Address Line 1: | **105 North Washington Street** |
| Address Line 2: | **Suite 301** |
| City: | **Alexandria** |
| State: | **VA** |
| Zip Code: | **22314** |

## Responsible Party

| | |
|---|---|
| Name: | **Allison Cryor DiNardo** |
| Title: | **President of General Partner** |
| Telephone Number: | **(703) 518-9902** |
| Email Address: | **allison@varsitypartners.com** |
| Address Line 1: | **105 North Washington Street** |
| Address Line 2: | **Suite 301** |
| City: | **Alexandria** |
| State: | **VA** |
| Zip Code: | **22314** |

## Contact Information

| | |
|---|---|
| Name: | **Allison Cryor DiNardo** |
| Telephone Number: | **(703) 518-9902** |
| Fax Number: | **(703) 518-8993** |
| Email Address: | **allison@varsitypartners.com** |
| Address Line 1: | **105 North Washington Street** |
| Address Line 2: | **Suite 301** |
| City: | **Alexandria** |
| State: | **VA** |
| Zip Code: | **22314** |

## Authorized Bidders

| | |
|---|---|
| Bidder 1: | **Allison Cryor DiNardo** |
| Bidder 2: | **Rebecca Kilduff** |
| Bidding Option: | **Electronic** |

## Bidding Credit Eligibility

Seeking/Not Seeking:        **Seeking**
Bidding Credit:        **Seeking 25.00% bidding credit**
Gross Revenues:        **Between $ 0.00 and $15,000,000.00**
Eligibility:        **Very Small Business**

## Agreements with Other Parties and Joint Bidding Arrangements

Agreements?        **Yes**

## Certification

Former Defaulter?        **No**
Person Certifying:        **Allison Cryor DiNardo**
Title:        **President of General Partner**

**Auction number:**            73
**File Number:**               0003247597
**Applicant Name:**            King Street Wireless, L.P.
**Date Submitted:**            1/4/2008, 10:35 AM

# Ownership

## Revenue Summary

| | |
|---|---|
| Aggregate Average Gross Revenue: | $16,666.67 |
| Aggregate Gross Revenue: | |
| Most Recent Reportable Year: | $50,000.00 |
| One Year Prior to Most Recent Reportable Year: | $0.00 |
| Two Years Prior to Most Recent Reportable Year: | $0.00 |

## Detail for Applicant
### Gross Revenues

Gross Revenues for:

| | |
|---|---|
| Most Recent Reportable Year: | The Applicant and any predecessors-in-interest were not in existence for a full year of the relevant period. |
| One Year Prior to Most Recent Reportable Year: | The Applicant and any predecessors-in-interest were not in existence for a full year of the relevant period. |
| Two Years Prior to Most Recent Reportable Year: | The Applicant and any predecessors-in-interest were not in existence for a full year of the relevant period. |

Average Gross Revenue:

### Financial Statements

Applicant used unaudited financial statements prepared in accordance with Generally Accepted Accounting Principles and certified by their chief financial officer.

### Gross Revenues Confirmation

Applicant has provided separate gross revenue information for itself, for each of Applicant's officers and directors; for each of Applicant's other controlling interests; for each of Applicant's affiliates; and for each affiliate of each of Applicant's officers, directors, and other controlling interests.

## Disclosable Interest Holders of this Applicant   Detail for Disclosable Interest Holder: Allison Cryor DiNardo
### Disclosable Interest Holder Type and Name

| | |
|---|---|
| Disclosable Interest Holder Name: | Allison Cryor DiNardo |
| Entity Type: | Individual |
| FRN: | 0012863643 |

### Disclosable Interest Holder Address

| | |
|---|---|
| Address Line 1: | 105 North Washington Street |
| Address Line 2: | Suite 301 |
| City: | Alexandria |
| State: | VA |
| Zip Code: | 22314- |

### Type of Interest in Applicant

**Indirect Ownership Interest in Applicant**
**Officer**
**Key Management Personnel**

### Type of Ownership Interest in Applicant

**General Partnership Shares:** Managing

### Disclosable Interest Held in Applicant

Percent of Interest Held in Applicant: **10.00%**
Country of Citizenship: **United States**

### Gross Revenues Attributable to Applicant

| Gross Revenues for | | |
|---|---|---|
| Most recent reportable year: | **$0.00** | Year End Date: **12/31/2006** |
| One year prior to most recent reportable year: | **$0.00** | Year End Date: **12/31/2005** |
| Two years prior to most recent reportable year: | **$0.00** | Year End Date: **12/31/2004** |
| Average Gross Revenues: | **$0.00** | |

### Financial Statements

Allison Cryor DiNardo used unaudited financial statements prepared in accordance with Generally Accepted Accounting Principles and certified by their chief financial officer.

## Detail for FCC Regulated Business: Barat Wireless, L.P.
### FCC Regulated Business

FCC Regulated Business Name: **Barat Wireless, L.P.**
Principal Business: **Telecommunications**
FRN: **0015019003**

### Percent of Interest Held by DIH

Percent of Interest Held: **10.00%**

## Detail for FCC Regulated Business: Carroll Wireless, L.P.
### FCC Regulated Business

FCC Regulated Business Name: **Carroll Wireless, L.P.**
Principal Business: **Telecommunications**
FRN: **0012184834**

### Percent of Interest Held by DIH

Percent of Interest Held: **10.00%**

## Detail for Disclosable Interest Holder: Dr. Letitia G.C. Carlson
### Disclosable Interest Holder Type and Name

Disclosable Interest Holder Name: **Dr. Letitia G.C. Carlson**
Entity Type: **Individual**
FRN: **0007301914**

### Disclosable Interest Holder Address

Address Line 1: **c/o Telephone and Data Systems, Inc.**
Address Line 2: **30 North LaSalle Street, Suite 4000**
City: **Chicago**
State: **IL**
Zip Code: **60602-**

**Type of Interest in Applicant**

**Indirect Ownership Interest in Applicant**

**Type of Ownership Interest in Applicant**

**Other: Trustee of Voting Trust that is comprised of a 52.3% controlling interest in Telephone and Data Systems, Inc., which indirectly holds 72.63% of the Applicant's equity.**

**Disclosable Interest Held in Applicant**

| | |
|---|---|
| Percent of Interest Held in Applicant: | **72.63%** |
| Country of Citizenship: | **United States** |

**Gross Revenues Attributable to Applicant**

This Disclosable Interest Holder is not an Affiliate of the Applicant within the meaning of the Commission's rules and, therefore, no revenue information for this Disclosable Interest Holder will be provided.

## Detail for Disclosable Interest Holder: King Street Wireless, Inc.

**Disclosable Interest Holder Type and Name**

| | |
|---|---|
| Disclosable Interest Holder Name: | **King Street Wireless, Inc.** |
| Entity Type: | **Corporation** |
| FRN: | **0017169376** |

**Disclosable Interest Holder Address**

| | |
|---|---|
| Address Line 1: | **105 North Washington Street** |
| Address Line 2: | **Suite 301** |
| City: | **Alexandria** |
| State: | **VA** |
| Zip Code: | **22314-** |

**Type of Interest in Applicant**

**Direct Ownership Interest in Applicant**
**Key Management Personnel**

**Type of Ownership Interest in Applicant**

**General Partnership Shares:** Managing

**Disclosable Interest Held in Applicant**

| | |
|---|---|
| Percent of Interest Held in Applicant: | **10.00%** |
| Jurisdiction of Formation: | **Delaware** |

**Gross Revenues Attributable to Applicant**

Gross Revenues for

| | |
|---|---|
| Most recent reportable year: | The Interest Holder and any predecessors-in-interest were not in existence for a full year of the relevant period. |
| One year prior to most recent reportable year: | The Interest Holder and any predecessors-in-interest were not in existence for a full year of the relevant period. |
| Two years prior to most recent reportable year: | The Interest Holder and any predecessors-in-interest were not in existence for a full year of the relevant period. |
| Average Gross Revenues: | |

**Financial Statements**

King Street Wireless, Inc. used unaudited financial statements prepared in accordance with Generally Accepted Accounting Principles and certified by their chief financial officer.

## Detail for Disclosable Interest Holder: LeRoy T Carlson

### Disclosable Interest Holder Type and Name

Disclosable Interest Holder Name:     **LeRoy T Carlson**
Entity Type:     **Individual**
FRN:     **0007301773**

### Disclosable Interest Holder Address

Address Line 1:     **c/o Telephone and Data Systems, Inc.**
Address Line 2:     **30 North LaSalle Street, Suite 4000**
City:     **Chicago**
State:     **IL**
Zip Code:     **60602-**

### Type of Interest in Applicant

**Indirect Ownership Interest in Applicant**

### Type of Ownership Interest in Applicant

**Other: Trustee of Voting Trust that is comprised of a 52.3% controlling interest in Telephone and Data Systems, Inc., which indirectly holds 72.63% of the Applicant's equity.**

### Disclosable Interest Held in Applicant

Percent of Interest Held in Applicant:     **72.63%**
Country of Citizenship:     **United States**

### Gross Revenues Attributable to Applicant

This Disclosable Interest Holder is not an Affiliate of the Applicant within the meaning of the Commission's rules and, therefore, no revenue information for this Disclosable Interest Holder will be provided.

## Detail for Disclosable Interest Holder: Prudence E Carlson

### Disclosable Interest Holder Type and Name

Disclosable Interest Holder Name:     **Prudence E Carlson**
Entity Type:     **Individual**
FRN:     **0007301971**

### Disclosable Interest Holder Address

Address Line 1:     **c/o Telephone and Data Systems, Inc.**
Address Line 2:     **30 North LaSalle Street, Suite 4000**
City:     **Chicago**
State:     **IL**
Zip Code:     **60602-**

### Type of Interest in Applicant

**Indirect Ownership Interest in Applicant**

### Type of Ownership Interest in Applicant

**Other: Trustee of Voting Trust that is comprised of a 52.3% controlling interest in Telephone and Data Systems, Inc., which indirectly holds 72.63% of the Applicant's equity.**

### Disclosable Interest Held in Applicant

Percent of Interest Held in Applicant:     **72.63%**

Country of Citizenship:                           **United States**

## Gross Revenues Attributable to Applicant

This Disclosable Interest Holder is not an Affiliate of the Applicant within the meaning of the Commission's rules and, therefore, no revenue information for this Disclosable Interest Holder will be provided.

## Detail for Disclosable Interest Holder: Telephone and Data Systems, Inc.

### Disclosable Interest Holder Type and Name

Disclosable Interest Holder Name:                 **Telephone and Data Systems, Inc.**
Entity Type:                                      **Corporation**
FRN:                                              **0004943528**

### Disclosable Interest Holder Address

Address Line 1:                                   **30 North LaSalle Street**
Address Line 2:                                   **Suite 400**
City:                                             **Chicago**
State:                                            **IL**
Zip Code:                                         **60602–**

### Type of Interest in Applicant

**Indirect Ownership Interest in Applicant**

### Type of Ownership Interest in Applicant

**Limited Partnership Shares:** Insulated

### Disclosable Interest Held in Applicant

Percent of Interest Held in Applicant:            **72.63%**
Jurisdiction of Formation:                        **Delaware**

### Gross Revenues Attributable to Applicant

This Disclosable Interest Holder is not an Affiliate of the Applicant within the meaning of the Commission's rules and, therefore, no revenue information for this Disclosable Interest Holder will be provided.

## Detail for FCC Regulated Business: Affliliate Fund

### FCC Regulated Business

FCC Regulated Business Name:                      **Affiliate Fund**
Principal Business:                               **Telecommunications**
FRN:                                              **0007344088**

### Percent of Interest Held by DIH

Percent of Interest Held:                         **100.00%**

## Detail for FCC Regulated Business: Amelia Telephone Corporation

### FCC Regulated Business

FCC Regulated Business Name:                      **Amelia Telephone Corporation**
Principal Business:                               **Telecommunications**
FRN:                                              **0002073526**

### Percent of Interest Held by DIH

Percent of Interest Held:                         **100.00%**

## Detail for FCC Regulated Business: Arcadia Telephone Company

**FCC Regulated Business**

FCC Regulated Business Name:      **Arcadia Telephone Company**
Principal Business:      **Telecommunications**
FRN:      **0002926772**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **93.70%**

## Detail for FCC Regulated Business: Arizona Telephone Company

**FCC Regulated Business**

FCC Regulated Business Name:      **Arizona Telephone Company**
Principal Business:      **Telecommunications**
FRN:      **0001602663**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: Arvig Telephone Company

**FCC Regulated Business**

FCC Regulated Business Name:      **Arvig Telephone Company**
Principal Business:      **Telecommunications**
FRN:      **0002650240**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: Asotin Telephone Company

**FCC Regulated Business**

FCC Regulated Business Name:      **Asotin Telephone Company**
Principal Business:      **Telecommunications**
FRN:      **0001582485**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: Badger Telecom, LLC

**FCC Regulated Business**

FCC Regulated Business Name:      **Badger Telecom, LLC**
Principal Business:      **Telecommunications**
FRN:      **0002723559**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: Bangor Cellular Telephone, L.P.

**FCC Regulated Business**

FCC Regulated Business Name:      **Bangor Cellular Telephone, L.P.**
Principal Business:      **Telecommunications**
FRN:      **0002839298**

Percent of Interest Held by DIH

Percent of Interest Held:                    **78.74%**

## Detail for FCC Regulated Business: Barat Wireless, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:              **Barat Wireless, L.P.**
Principal Business:                       **Telecommunications**
FRN:                                      **0015019003**

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **72.63%**

## Detail for FCC Regulated Business: Barnardsville Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:              **Barnardsville Telephone Company**
Principal Business:                       **Telecommunications**
FRN:                                      **0003766714**

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **100.00%**

## Detail for FCC Regulated Business: Black Earth Telephone Company, LLC
**FCC Regulated Business**

FCC Regulated Business Name:              **Black Earth Telephone Company, LLC**
Principal Business:                       **Telecommunications**
FRN:                                      **0003766730**

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **100.00%**

## Detail for FCC Regulated Business: Blue Ridge Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:              **Blue Ridge Telephone Company**
Principal Business:                       **Telecommunications**
FRN:                                      **0001855261**

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **100.00%**

## Detail for FCC Regulated Business: Bonduel Telephone Company, LLC
**FCC Regulated Business**

FCC Regulated Business Name:              **Bonduel Telephone Company, LLC**
Principal Business:                       **Telecommunications**
FRN:                                      **0003726940**

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **99.88%**

## Detail for FCC Regulated Business: Bridge Water Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:              **Bridge Water Telephone Company**

Principal Business: **Telecommunications**
FRN: **0002641181**

**Percent of Interest Held by DIH**

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: Burlington, Brighton & Wheatland Telephone Company, LLC

**FCC Regulated Business**

FCC Regulated Business Name: **Burlington, Brighton & Wheatland Telephone Company, LLC**
Principal Business: **Telecommunications**
FRN: **0003766763**

**Percent of Interest Held by DIH**

Percent of Interest Held: **99.86%**

## Detail for FCC Regulated Business: Butler Telephone Company, Inc.

**FCC Regulated Business**

FCC Regulated Business Name: **Butler Telephone Company, Inc.**
Principal Business: **Telecommunications**
FRN: **0001754332**

**Percent of Interest Held by DIH**

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: Calhoun City Telephone Company, Inc.

**FCC Regulated Business**

FCC Regulated Business Name: **Calhoun City Telephone Company, Inc.**
Principal Business: **Telecommunications**
FRN: **0001743525**

**Percent of Interest Held by DIH**

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: California Rural Service Area #1, Inc.

**FCC Regulated Business**

FCC Regulated Business Name: **California Rural Service Area #1, Inc.**
Principal Business: **Telecommunications**
FRN: **0002703700**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: Camden Telelphone & Telegraph Company, Inc.

**FCC Regulated Business**

FCC Regulated Business Name: **Camden Telelphone & Telegraph Company, Inc.**
Principal Business: **Telecommunications**
FRN: **0001855881**

**Percent of Interest Held by DIH**

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: Camden Telelphone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:     **Camden Telelphone Company, Inc.**
Principal Business:     **Telecommunications**
FRN:     **0003770534**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **100.00%**

## Detail for FCC Regulated Business: Carroll Wireless, LP
**FCC Regulated Business**

FCC Regulated Business Name:     **Carroll Wireless, LP**
Principal Business:     **Telecommunications**
FRN:     **0012184834**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **72.63%**

## Detail for FCC Regulated Business: Cedar Rapids Cellular Telephone, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:     **Cedar Rapids Cellular Telephone, L.P.**
Principal Business:     **Telecommunications**
FRN:     **0002839777**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **78.09%**

## Detail for FCC Regulated Business: Cellvest, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:     **Cellvest, Inc.**
Principal Business:     **Telecommunications**
FRN:     **0007291693**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **80.70%**

## Detail for FCC Regulated Business: Central Cellular Telephones Ltd
**FCC Regulated Business**

FCC Regulated Business Name:     **Central Cellular Telephones Ltd**
Principal Business:     **Telecommunications**
FRN:     **0007292592**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **80.70%**

## Detail for FCC Regulated Business: Central State Telephone Company, LLC
**FCC Regulated Business**

FCC Regulated Business Name:     **Central State Telephone Company, LLC**
Principal Business:     **Telecommunications**
FRN:     **0002723690**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: Champlain Cellular, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **Champlain Cellular, Inc.**
Principal Business:      **Telecommunications**
FRN:      **0007292683**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **80.70%**

## Detail for FCC Regulated Business: Charlottesville Cellular Partnership
**FCC Regulated Business**

FCC Regulated Business Name:      **Charlottesville Cellular Partnership**
Principal Business:      **Telecommunications**
FRN:      **0003575685**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **76.96%**

## Detail for FCC Regulated Business: Chatham Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:      **Chatham Telephone Company**
Principal Business:      **Telecommunications**
FRN:      **0002773307**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: Chorus Networks, LLC
**FCC Regulated Business**

FCC Regulated Business Name:      **Chorus Networks, LLC**
Principal Business:      **Telecommunications**
FRN:      **0004057105**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: Cleveland County Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **Cleveland County Telephone Company, Inc.**
Principal Business:      **Telecommunications**
FRN:      **0001731611**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: Cobbosseecontee Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:      **Cobbosseecontee Telephone Company**

Principal Business:                    **Telecommunications**
FRN:                                   **0005097910**

### Percent of Interest Held by DIH

Percent of Interest Held:              **100.00%**

## Detail for FCC Regulated Business: Communication Corporation of Michigan
### FCC Regulated Business

FCC Regulated Business Name:           **Communication Corporation of Michigan**
Principal Business:                    **Telecommunications**
FRN:                                   **0002881373**

### Percent of Interest Held by DIH

Percent of Interest Held:              **100.00%**

## Detail for FCC Regulated Business: Communications Corporation of indiana
### FCC Regulated Business

FCC Regulated Business Name:           **Communications Corporation of indiana**
Principal Business:                    **Telecommunications**
FRN:                                   **0002851251**

### Percent of Interest Held by DIH

Percent of Interest Held:              **100.00%**

## Detail for FCC Regulated Business: Communications Corporation of Southern Indiana
### FCC Regulated Business

FCC Regulated Business Name:           **Communications Corporation of Southern Indiana**
Principal Business:                    **Telecommunications**
FRN:                                   **0003770591**

### Percent of Interest Held by DIH

Percent of Interest Held:              **100.00%**

## Detail for FCC Regulated Business: Community Cellular Telephone Company
### FCC Regulated Business

FCC Regulated Business Name:           **Community Cellular Telephone Company**
Principal Business:                    **Telecommunications**
FRN:                                   **0007292261**

### Percent of Interest Held by DIH

Percent of Interest Held:              **49.52%**

## Detail for FCC Regulated Business: COMMVEST, Inc.
### FCC Regulated Business

FCC Regulated Business Name:           **COMMVEST, Inc.**
Principal Business:                    **Telecommunications**
FRN:                                   **0007345739**

### Percent of Interest Held by DIH

Percent of Interest Held:              **100.00%**

## Detail for FCC Regulated Business: Concord Telephone Exchange, Inc.
### FCC Regulated Business

FCC Regulated Business Name:      **Concord Telephone Exchange, Inc.**
Principal Business:               **Telecommunications**
FRN:                              **0001774272**

### Percent of Interest Held by DIH

Percent of Interest Held:         **100.00%**


## Detail for FCC Regulated Business: Continental Telephone Company
### FCC Regulated Business

FCC Regulated Business Name:      **Continental Telephone Company**
Principal Business:               **Telecommunications**
FRN:                              **0002926483**

### Percent of Interest Held by DIH

Percent of Interest Held:         **100.00%**


## Detail for FCC Regulated Business: Crown Point Cellular, Inc.
### FCC Regulated Business

FCC Regulated Business Name:      **Crown Point Cellular, Inc.**
Principal Business:               **Telecommunications**
FRN:                              **0007292709**

### Percent of Interest Held by DIH

Percent of Interest Held:         **80.70%**


## Detail for FCC Regulated Business: Davenport Cellular Telephone Company
### FCC Regulated Business

FCC Regulated Business Name:      **Davenport Cellular Telephone Company**
Principal Business:               **Telecommunications**
FRN:                              **0001702190**

### Percent of Interest Held by DIH

Percent of Interest Held:         **80.70%**


## Detail for FCC Regulated Business: Davenport Cellular Telephone Company, Inc.
### FCC Regulated Business

FCC Regulated Business Name:      **Davenport Cellular Telephone Company, Inc.**
Principal Business:               **Telecommunications**
FRN:                              **0007292717**

### Percent of Interest Held by DIH

Percent of Interest Held:         **80.70%**


## Detail for FCC Regulated Business: Decatur Telephone Company
### FCC Regulated Business

FCC Regulated Business Name:      **Decatur Telephone Company**
Principal Business:               **Telecommunications**
FRN:                              **0003766789**

**Percent of Interest Held by DIH**

Percent of Interest Held:           **100.00%**

## Detail for FCC Regulated Business: Delta County Tele-Comm, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:       **Delta County Tele-Comm, Inc.**
Principal Business:       **Telecommunications**
FRN:       **0001617281**

**Percent of Interest Held by DIH**

Percent of Interest Held:           **100.00%**

## Detail for FCC Regulated Business: Deposit Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:       **Deposit Telephone Company, Inc.**
Principal Business:       **Telecommunications**
FRN:       **0003766805**

**Percent of Interest Held by DIH**

Percent of Interest Held:           **100.00%**

## Detail for FCC Regulated Business: Dickeyville Telephone, LLC
**FCC Regulated Business**

FCC Regulated Business Name:       **Dickeyville Telephone, LLC**
Principal Business:       **Telecommunications**
FRN:       **0003784170**

**Percent of Interest Held by DIH**

Percent of Interest Held:           **100.00%**

## Detail for FCC Regulated Business: Dubuque Cellular Telephone, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:       **Dubuque Cellular Telephone, L.P.**
Principal Business:       **Telecommunications**
FRN:       **0002839272**

**Percent of Interest Held by DIH**

Percent of Interest Held:           **78.72%**

## Detail for FCC Regulated Business: Eastcoast Telecom, LLC
**FCC Regulated Business**

FCC Regulated Business Name:       **Eastcoast Telecom, LLC**
Principal Business:       **Telecommunications**
FRN:       **0003766862**

**Percent of Interest Held by DIH**

Percent of Interest Held:           **99.83%**

## Detail for FCC Regulated Business: Eastern North Carolina Cellular Joint Venture
**FCC Regulated Business**

FCC Regulated Business Name:       **Eastern North Carolina Cellular Joint Venture**

| | |
|---|---|
| Principal Business: | **Telecommunications** |
| FRN: | **0007298953** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Edwards Telephone Company, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Edwards Telephone Company, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003766896** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Farmers Cellular Telephone Company, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Farmers Cellular Telephone Company, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002576528** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **39.54%** |

## Detail for FCC Regulated Business: Farmers Mutual Cellular Telephone Company, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Farmers Mutual Cellular Telephone Company, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007291958** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **39.54%** |

## Detail for FCC Regulated Business: Grantland Telecom, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Grantland Telecom, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003925385** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **98.47%** |

## Detail for FCC Regulated Business: Gray Butte Joint Venture
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Gray Butte Joint Venture** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292782** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Green Bay Celltelco

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Green Bay Celltelco** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001581503** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Hampden Telephone Company

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Hampden Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003687357** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Happy Valley Telephone Company

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Happy Valley Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001546720** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Hardy Cellular Telephone Company

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Hardy Cellular Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003012689** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Hartland & St. Albans Telephone Company

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Hartland & St. Albans Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003687332** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Hollis Telephone Company, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Hollis Telephone Company, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0004329496** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                              **100.00%**

## Detail for FCC Regulated Business: Home Telephone Company [OR]
**FCC Regulated Business**

FCC Regulated Business Name:              **Home Telephone Company [OR]**
Principal Business:                                **Telecommunications**
FRN:                                                   **0003727054**

**Percent of Interest Held by DIH**

Percent of Interest Held:                              **100.00%**

## Detail for FCC Regulated Business: Home Telephone Company, Inc. [IN]
**FCC Regulated Business**

FCC Regulated Business Name:              **Home Telephone Company, Inc. [IN]**
Principal Business:                                **Telecommunications**
FRN:                                                   **0003727039**

**Percent of Interest Held by DIH**

Percent of Interest Held:                              **100.00%**

## Detail for FCC Regulated Business: Hornitos Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:              **Hornitos Telephone Company**
Principal Business:                                **Telecommunications**
FRN:                                                   **0003766961**

**Percent of Interest Held by DIH**

Percent of Interest Held:                              **100.00%**

## Detail for FCC Regulated Business: Humphreys County Cellular, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **Humphreys County Cellular, Inc.**
Principal Business:                                **Telecommunications**
FRN:                                                   **0007291941**

**Percent of Interest Held by DIH**

Percent of Interest Held:                              **80.70%**

## Detail for FCC Regulated Business: Humphreys County Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:              **Humphreys County Telephone Company**
Principal Business:                                **Telecommunications**
FRN:                                                   **0003766995**

**Percent of Interest Held by DIH**

Percent of Interest Held:                              **100.00%**

## Detail for FCC Regulated Business: Indiana RSA #5, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **Indiana RSA #5, Inc.**

| | |
|---|---|
| Principal Business: | **Telecommunications** |
| FRN: | **0007305113** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Indiana RSA No. 4 Limited Partnership
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Indiana RSA No. 4 Limited Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002880649** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **83.46%** |

## Detail for FCC Regulated Business: Indiana RSA No. 5 Limited Partnership
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Indiana RSA No. 5 Limited Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002880623** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **60.23%** |

## Detail for FCC Regulated Business: Iowa 13, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Iowa 13, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002705168** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Iowa RSA #12, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Iowa RSA #12, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007291974** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Iowa RSA #3, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Iowa RSA #3, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007291966** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Iowa RSA #9, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:         **Iowa RSA #9, Inc.**
Principal Business:                  **Telecommunications**
FRN:                                 **0007292196**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **80.70%**

## Detail for FCC Regulated Business: Iowa RSA No. 12 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:         **Iowa RSA No. 12 Limited Partnership**
Principal Business:                  **Telecommunications**
FRN:                                 **0002842177**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **19.77%**

## Detail for FCC Regulated Business: Island Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:         **Island Telephone Company**
Principal Business:                  **Telecommunications**
FRN:                                 **0004811162**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: Jackson Square PCS, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:         **Jackson Square PCS, Inc.**
Principal Business:                  **Telecommunications**
FRN:                                 **0008107823**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **80.70%**

## Detail for FCC Regulated Business: Jackson Square Wireless, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:         **Jackson Square Wireless, L.P.**
Principal Business:                  **Telecommunications**
FRN:                                 **0006583884**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **80.70%**

## Detail for FCC Regulated Business: Jacksonville Cellular Partnership
**FCC Regulated Business**

FCC Regulated Business Name:         **Jacksonville Cellular Partnership**
Principal Business:                  **Telecommunications**
FRN:                                 **0007291883**

**Percent of Interest Held by DIH**

Percent of Interest Held:                **78.74%**

## Detail for FCC Regulated Business: Jacksonville Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:     **Jacksonville Cellular Telephone Company**
Principal Business:                **Telecommunications**
FRN:                           **0001944263**

**Percent of Interest Held by DIH**

Percent of Interest Held:                **78.74%**

## Detail for FCC Regulated Business: Jefferson Cellular Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:     **Jefferson Cellular Telephone Company, Inc.**
Principal Business:                **Telecommunications**
FRN:                           **0007291982**

**Percent of Interest Held by DIH**

Percent of Interest Held:                **39.54%**

## Detail for FCC Regulated Business: Kansas #15 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:     **Kansas #15 Limited Partnership**
Principal Business:                **Telecommunications**
FRN:                           **0002931079**

**Percent of Interest Held by DIH**

Percent of Interest Held:                **85.53%**

## Detail for FCC Regulated Business: Kearsarge Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:     **Kearsarge Telephone Company**
Principal Business:                **Telecommunications**
FRN:                           **0003666518**

**Percent of Interest Held by DIH**

Percent of Interest Held:                **100.00%**

## Detail for FCC Regulated Business: Kenosha Cellular Telephone, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:     **Kenosha Cellular Telephone, L.P.**
Principal Business:                **Telecommunications**
FRN:                           **0002703155**

**Percent of Interest Held by DIH**

Percent of Interest Held:                **80.15%**

## Detail for FCC Regulated Business: Lacrosse Cellular Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:     **Lacrosse Cellular Telephone Company, Inc.**

Principal Business:                         **Telecommunications**
FRN:                                        **0004375325**

**Percent of Interest Held by DIH**

Percent of Interest Held:                   **78.44%**

## Detail for FCC Regulated Business: Leslie County Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:                **Leslie County Telephone Company**
Principal Business:                         **Telecommunications**
FRN:                                        **0003767043**

**Percent of Interest Held by DIH**

Percent of Interest Held:                   **100.00%**

## Detail for FCC Regulated Business: Lewis River Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:                **Lewis River Telephone Company, Inc.**
Principal Business:                         **Telecommunications**
FRN:                                        **0001581628**

**Percent of Interest Held by DIH**

Percent of Interest Held:                   **100.00%**

## Detail for FCC Regulated Business: Lewisport Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:                **Lewisport Telephone Company**
Principal Business:                         **Telecommunications**
FRN:                                        **0003767134**

**Percent of Interest Held by DIH**

Percent of Interest Held:                   **100.00%**

## Detail for FCC Regulated Business: Lewiston Celltelco Partnership
**FCC Regulated Business**

FCC Regulated Business Name:                **Lewiston Celltelco Partnership**
Principal Business:                         **Telecommunications**
FRN:                                        **0003682325**

**Percent of Interest Held by DIH**

Percent of Interest Held:                   **71.38%**

## Detail for FCC Regulated Business: Little Miami Communications Corporation
**FCC Regulated Business**

FCC Regulated Business Name:                **Little Miami Communications Corporation**
Principal Business:                         **Telecommunications**
FRN:                                        **0003767159**

**Percent of Interest Held by DIH**

Percent of Interest Held:                   **100.00%**

## Detail for FCC Regulated Business: Ludlow Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:        **Ludlow Telephone Company**
Principal Business:                 **Telecommunications**
FRN:                                **0003727104**

### Percent of Interest Held by DIH

Percent of Interest Held:           **100.00%**

## Detail for FCC Regulated Business: Madison Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:        **Madison Cellular Telephone Company**
Principal Business:                 **Telecommunications**
FRN:                                **0001574540**

### Percent of Interest Held by DIH

Percent of Interest Held:           **74.65%**

## Detail for FCC Regulated Business: Madison SMSA Tower Holdings, LLC
**FCC Regulated Business**

FCC Regulated Business Name:        **Madison SMSA Tower Holdings, LLC**
Principal Business:                 **Telecommunications**
FRN:                                **0011437084**

### Percent of Interest Held by DIH

Percent of Interest Held:           **23.10%**

## Detail for FCC Regulated Business: Mahonoy & Mahantango Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:        **Mahonoy & Mahantango Telephone Company**
Principal Business:                 **Telecommunications**
FRN:                                **0003767191**

### Percent of Interest Held by DIH

Percent of Interest Held:           **100.00%**

## Detail for FCC Regulated Business: Maine RSA #1, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **Maine RSA #1, Inc.**
Principal Business:                 **Telecommunications**
FRN:                                **0002841963**

### Percent of Interest Held by DIH

Percent of Interest Held:           **80.70%**

## Detail for FCC Regulated Business: Maine RSA #4, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **Maine RSA #4, Inc.**
Principal Business:                 **Telecommunications**
FRN:                                **0004823373**

Percent of Interest Held by DIH

Percent of Interest Held:                        **80.70%**

## Detail for FCC Regulated Business: Manchester-Nashua Cellular Telephone, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:            **Manchester-Nashua Cellular Telephone, L.P.**
Principal Business:                      **Telecommunications**
FRN:                                     **0002838050**

### Percent of Interest Held by DIH

Percent of Interest Held:                        **77.72%**

## Detail for FCC Regulated Business: McClellanville Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:            **McClellanville Telephone Company, Inc.**
Principal Business:                      **Telecommunications**
FRN:                                     **0003767209**

### Percent of Interest Held by DIH

Percent of Interest Held:                        **100.00%**

## Detail for FCC Regulated Business: McDaniel Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:            **McDaniel Cellular Telephone Company**
Principal Business:                      **Telecommunications**
FRN:                                     **0001562107**

### Percent of Interest Held by DIH

Percent of Interest Held:                        **80.70%**

## Detail for FCC Regulated Business: McDaniel Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:            **McDaniel Telephone Company**
Principal Business:                      **Telecommunications**
FRN:                                     **0001580380**

### Percent of Interest Held by DIH

Percent of Interest Held:                        **100.00%**

## Detail for FCC Regulated Business: MCT Communications, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:            **MCT Communications, Inc.**
Principal Business:                      **Telecommunications**
FRN:                                     **0003741774**

### Percent of Interest Held by DIH

Percent of Interest Held:                        **100.00%**

## Detail for FCC Regulated Business: Merrimack County Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:            **Merrimack County Telephone Company**

| | |
|---|---|
| Principal Business: | **Telecommunications** |
| FRN: | **0004337671** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: MGW Communications, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **MGW Communications, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007345978** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **18.85%** |

## Detail for FCC Regulated Business: Mid-America Telephone, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Mid-America Telephone, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767308** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Mid-Plains Telephone, LLC
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Mid-Plains Telephone, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002722155** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Mid-State Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Mid-State Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002639870** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **99.88%** |

## Detail for FCC Regulated Business: Midway Telephone Company, LLC
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Midway Telephone Company, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002719482** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Mt. Vernon Telephone Company, LLC

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Mt. Vernon Telephone Company, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767332** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Muskrat Wireless, L.P.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Muskrat Wireless, L.P.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002842425** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **13.45%** |

## Detail for FCC Regulated Business: Myrtle Telephone Company, INc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Myrtle Telephone Company, INc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767357** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: National Telephone & Telegraph Company

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **National Telephone & Telegraph Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007346018** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Nelson-Ball Ground Cellular Telphone & Services, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Nelson-Ball Ground Cellular Telphone & Services, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007346091** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Nelson-Ball Ground Telephone Company

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Nelson-Ball Ground Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001856533** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                        **100.00%**

## Detail for FCC Regulated Business: New Castle Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:             **New Castle Telephone Company**
Principal Business:                                  **Telecommunications**
FRN:                                                        **0003767399**

**Percent of Interest Held by DIH**

Percent of Interest Held:                        **100.00%**

## Detail for FCC Regulated Business: New London Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:             **New London Telephone Company**
Principal Business:                                  **Telecommunications**
FRN:                                                        **0002529733**

**Percent of Interest Held by DIH**

Percent of Interest Held:                        **100.00%**

## Detail for FCC Regulated Business: New Paris Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:             **New Paris Telephone Company**
Principal Business:                                  **Telecommunications**
FRN:                                                        **0004321659**

**Percent of Interest Held by DIH**

Percent of Interest Held:                        **15.13%**

## Detail for FCC Regulated Business: New York RSA 2 Cellular Partnership
**FCC Regulated Business**

FCC Regulated Business Name:             **New York RSA 2 Cellular Partnership**
Principal Business:                                  **Telecommunications**
FRN:                                                        **0001836584**

**Percent of Interest Held by DIH**

Percent of Interest Held:                        **46.11%**

## Detail for FCC Regulated Business: Newport Cellular, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:             **Newport Cellular, Inc.**
Principal Business:                                  **Telecommunications**
FRN:                                                        **0007292766**

**Percent of Interest Held by DIH**

Percent of Interest Held:                        **80.70%**

## Detail for FCC Regulated Business: NH #1 Rural Cellular, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:             **NH #1 Rural Cellular, Inc.**

| | |
|---|---|
| Principal Business: | **Telecommunications** |
| FRN: | **0002841948** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: North Carolina RSA #4, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **North Carolina RSA #4, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001769686** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **40.35%** |

## Detail for FCC Regulated Business: North Carolina RSA No. 6, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **North Carolina RSA No. 6, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001532274** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Northfield Telephone Company
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Northfield Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767423** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Norway Telephone Company
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Norway Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767449** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Oakman Telephone Company, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Oakman Telephone Company, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767472** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Oakwood Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Oakwood Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767506** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Oklahoma City SMSA Limited Partnership
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Oklahoma City SMSA Limited Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001658392** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **11.78%** |

## Detail for FCC Regulated Business: Oklahoma City SMSA Tower Holdings, LLC
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Oklahoma City SMSA Tower Holdings, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0011437050** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **11.78%** |

## Detail for FCC Regulated Business: Oklahoma Communications Systems, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Oklahoma Communications Systems, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767274** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Orchard Farm Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Orchard Farm Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767340** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Oregon RSA #2, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Oregon RSA #2, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292774** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **80.70%**

## Detail for FCC Regulated Business: Oregon RSA No. 2 Limited Partnership
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Oregon RSA No. 2 Limited Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002705622** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **80.70%**

## Detail for FCC Regulated Business: Oriskany Falls Telephone Corporation
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Oriskany Falls Telephone Corporation** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003435492** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **98.70%**

## Detail for FCC Regulated Business: PCS Wisconsin, LLC
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **PCS Wisconsin, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002700854** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **80.70%**

## Detail for FCC Regulated Business: Pennsylvania RSA 1 Limited Partnership
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Pennsylvania RSA 1 Limited Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002837151** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **7.91%**

## Detail for FCC Regulated Business: Peoples Telephone Company, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Peoples Telephone Company, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001755776** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **100.00%**

## Detail for FCC Regulated Business: Perkinsville Telephone Company, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Perkinsville Telephone Company, Inc.** |

Principal Business:          **Telecommunications**
FRN:          **0003767480**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **100.00%**

## Detail for FCC Regulated Business: Pine Island Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:          **Pine Island Cellular Telephone Company**
Principal Business:          **Telecommunications**
FRN:          **0007299647**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **39.54%**

## Detail for FCC Regulated Business: Port Byron Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:          **Port Byron Telephone Company**
Principal Business:          **Telecommunications**
FRN:          **0003767530**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **99.00%**

## Detail for FCC Regulated Business: Potlatch Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:          **Potlatch Telephone Company**
Principal Business:          **Telecommunications**
FRN:          **0003727179**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **100.00%**

## Detail for FCC Regulated Business: Quincy Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:          **Quincy Telephone Company**
Principal Business:          **Telecommunications**
FRN:          **0001824689**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **100.00%**

## Detail for FCC Regulated Business: Racine Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:          **Racine Cellular Telephone Company**
Principal Business:          **Telecommunications**
FRN:          **0001573393**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **77.54%**

## Detail for FCC Regulated Business: Riverside Telecom, LLC
**FCC Regulated Business**

FCC Regulated Business Name:         **Riverside Telecom, LLC**
Principal Business:                  **Telecommunications**
FRN:                                 **0003767563**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: S & W Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:         **S & W Telephone Company, Inc.**
Principal Business:                  **Telecommunications**
FRN:                                 **0003767613**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: Salem Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:         **Salem Telephone Company**
Principal Business:                  **Telecommunications**
FRN:                                 **0001791458**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: Saluda Mountain Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:         **Saluda Mountain Telephone Company**
Principal Business:                  **Telecommunications**
FRN:                                 **0003767662**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: Scandinavia Telephone Company, LLC
**FCC Regulated Business**

FCC Regulated Business Name:         **Scandinavia Telephone Company, LLC**
Principal Business:                  **Telecommunications**
FRN:                                 **0003727195**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **99.50%**

## Detail for FCC Regulated Business: Service Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:         **Service Telephone Company, Inc.**
Principal Business:                  **Telecommunications**
FRN:                                 **0003767712**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **100.00%**

## Detail for FCC Regulated Business: Shiawasee Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Shiawasee Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002775823** |

**Percent of Interest Held by DIH**

Percent of Interest Held:             **100.00%**

## Detail for FCC Regulated Business: Somerset Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Somerset Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003687159** |

**Percent of Interest Held by DIH**

Percent of Interest Held:             **100.00%**

## Detail for FCC Regulated Business: South Canaan Cellular Communications Company, L.P.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **South Canaan Cellular Communications Company, L.P.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0004285698** |

**Percent of Interest Held by DIH**

Percent of Interest Held:             **39.54%**

## Detail for FCC Regulated Business: Southeast Mississippi Telephone Company, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Southeast Mississippi Telephone Company, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001745447** |

**Percent of Interest Held by DIH**

Percent of Interest Held:             **100.00%**

## Detail for FCC Regulated Business: Southeast Telephone Company of Wisconsin, LLC
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Southeast Telephone Company of Wisconsin, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002716108** |

**Percent of Interest Held by DIH**

Percent of Interest Held:             **100.00%**

## Detail for FCC Regulated Business: Southwestern Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Southwestern Telephone Company** |

| | |
|---|---|
| Principal Business: | **Telecommunications** |
| FRN: | **0001530237** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: St. Lawrence Seaway RSA Cellular Partnership
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **St. Lawrence Seaway RSA Cellular Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003477916** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **48.42%** |

## Detail for FCC Regulated Business: St. Stephen Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **St. Stephen Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001885771** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Stockbridge & Sherwood Telephone Company, LLC
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Stockbridge & Sherwood Telephone Company, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767522** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **98.90%** |

## Detail for FCC Regulated Business: Strasburg Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Strasburg Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001616390** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Sugar Valley Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Sugar Valley Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767605** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Suttle-Straus, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Suttle-Straus, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007346828** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.00%** |

## Detail for FCC Regulated Business: TDS Communication Solutions, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **TDS Communication Solutions, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007313356** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: TDS Long Distance Corporation
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **TDS Long Distance Corporation** |
| Principal Business: | **Telecommunications** |
| FRN: | **0004338141** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: TDS METROCOM, LLC
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **TDS METROCOM, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767639** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: TDS Telecom Service Corporation
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **TDS Telecom Service Corporation** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003769841** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: TDS Telecommunications Corporation
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **TDS Telecommunications Corporation** |
| Principal Business: | **Telecommunications** |
| FRN: | **0004948105** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **100.00%**

## Detail for FCC Regulated Business: TDSI Corporation
**FCC Regulated Business**

FCC Regulated Business Name:              **TDSI Corporation**
Principal Business:                       **Telecommunications**
FRN:                                      **0007346851**

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **100.00%**

## Detail for FCC Regulated Business: TDSI Telecommunications Corporation
**FCC Regulated Business**

FCC Regulated Business Name:              **TDSI Telecommunications Corporation**
Principal Business:                       **Telecommunications**
FRN:                                      **0007313695**

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **100.00%**

## Detail for FCC Regulated Business: Tellico Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **Tellico Telephone Company, Inc.**
Principal Business:                       **Telecommunications**
FRN:                                      **0001772805**

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **100.00%**

## Detail for FCC Regulated Business: Tennessee RSA No. 3 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:              **Tennessee RSA No. 3 Limited Partnership**
Principal Business:                       **Telecommunications**
FRN:                                      **0001768134**

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **80.70%**

## Detail for FCC Regulated Business: Tennessee Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:              **Tennessee Telephone Company**
Principal Business:                       **Telecommunications**
FRN:                                      **0001773779**

**Percent of Interest Held by DIH**

Percent of Interest Held:                    **100.00%**

## Detail for FCC Regulated Business: Tenney Telephone Company, LLC
**FCC Regulated Business**

FCC Regulated Business Name:              **Tenney Telephone Company, LLC**

Principal Business:    **Telecommunications**
FRN:    **0003767654**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **100.00%**

## Detail for FCC Regulated Business: Texahoma Cellular Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:    **Texahoma Cellular Limited Partnership**
Principal Business:    **Telecommunications**
FRN:    **0001662378**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **63.31%**

## Detail for FCC Regulated Business: Texas Invco of RSA #6, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:    **Texas Invco of RSA #6, Inc.**
Principal Business:    **Telecommunications**
FRN:    **0007292253**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **80.70%**

## Detail for FCC Regulated Business: Texas RSA 6 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:    **Texas RSA 6 Limited Partnership**
Principal Business:    **Telecommunications**
FRN:    **0001665991**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **10.90%**

## Detail for FCC Regulated Business: Texas RSA 6 Tower Holdings, LP
**FCC Regulated Business**

FCC Regulated Business Name:    **Texas RSA 6 Tower Holdings, LP**
Principal Business:    **Telecommunications**
FRN:    **0011437019**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **10.90%**

## Detail for FCC Regulated Business: The Farmers Telephone Company, LLC
**FCC Regulated Business**

FCC Regulated Business Name:    **The Farmers Telephone Company, LLC**
Principal Business:    **Telecommunications**
FRN:    **0003784154**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **100.00%**

## Detail for FCC Regulated Business: The Home Telephone Company of Pittsboro, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **The Home Telephone Company of Pittsboro, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003766920** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: The Island Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **The Island Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003685013** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: The Merchants and Farmers Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **The Merchants and Farmers Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003767266** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: The Stoutland Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **The Stoutland Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002502243** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: The Vanlue Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **The Vanlue Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002924629** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: The West Penobscot Telephone & Telegraph Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **The West Penobscot Telephone & Telegraph Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003686821** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                               100.00%

## Detail for FCC Regulated Business: Tipton Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **Tipton Telephone Company, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0002901593**

**Percent of Interest Held by DIH**

Percent of Interest Held:                               100.00%

## Detail for FCC Regulated Business: Township Cellular Telephone, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **Township Cellular Telephone, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0007292873**

**Percent of Interest Held by DIH**

Percent of Interest Held:                               80.70%

## Detail for FCC Regulated Business: Township Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **Township Telephone Company, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0003434958**

**Percent of Interest Held by DIH**

Percent of Interest Held:                               100.00%

## Detail for FCC Regulated Business: Tri-County Communications Corporation
**FCC Regulated Business**

FCC Regulated Business Name:          **Tri-County Communications Corporation**
Principal Business:                   **Telecommunications**
FRN:                                  **0007313703**

**Percent of Interest Held by DIH**

Percent of Interest Held:                               100.00%

## Detail for FCC Regulated Business: Tri-County Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **Tri-County Telephone Company, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0002897064**

**Percent of Interest Held by DIH**

Percent of Interest Held:                               100.00%

## Detail for FCC Regulated Business: U. S. Link, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **U. S. Link, Inc.**

| | |
|---|---|
| Principal Business: | **Telecommunications** |
| FRN: | **0002631166** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: United States Cellular Corporation
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **United States Cellular Corporation** |
| Principal Business: | **Telecommunications** |
| FRN: | **0004372322** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: United States Cellular Investment Company of Allentown
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **United States Cellular Investment Company of Allentown** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292295** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: United States Cellular Investment Company of Oklahoma City, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **United States Cellular Investment Company of Oklahoma City, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292576** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: United States Cellular Investment Company, LLC
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **United States Cellular Investment Company, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007280969** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: United States Cellular Investment Corporation of Los Angeles
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **United States Cellular Investment Corporation of Los Angeles** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292493** |

### Percent of Interest Held by DIH

Percent of Interest Held:                          **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company LLC
**FCC Regulated Business**

FCC Regulated Business Name:          **United States Cellular Operating Company LLC**
Principal Business:                               **Telecommunications**
FRN:                                                    **0002844595**

### Percent of Interest Held by DIH

Percent of Interest Held:                          **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Bangor
**FCC Regulated Business**

FCC Regulated Business Name:          **United States Cellular Operating Company of Bangor**
Principal Business:                               **Telecommunications**
FRN:                                                    **0007305162**

### Percent of Interest Held by DIH

Percent of Interest Held:                          **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Cedar Rapids
**FCC Regulated Business**

FCC Regulated Business Name:          **United States Cellular Operating Company of Cedar Rapids**
Principal Business:                               **Telecommunications**
FRN:                                                    **0007292899**

### Percent of Interest Held by DIH

Percent of Interest Held:                          **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Chicago, LLC
**FCC Regulated Business**

FCC Regulated Business Name:          **United States Cellular Operating Company of Chicago, LLC**
Principal Business:                               **Telecommunications**
FRN:                                                    **0008295842**

### Percent of Interest Held by DIH

Percent of Interest Held:                          **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Dubuque
**FCC Regulated Business**

FCC Regulated Business Name:          **United States Cellular Operating Company of Dubuque**
Principal Business:                               **Telecommunications**
FRN:                                                    **0007305303**

### Percent of Interest Held by DIH

Percent of Interest Held:                          **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Knoxville
**FCC Regulated Business**

FCC Regulated Business Name:          **United States Cellular Operating Company of Knoxville**

Principal Business:    **Telecommunications**
FRN:    **0007296767**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of LaCrosse, Inc.

**FCC Regulated Business**

FCC Regulated Business Name:    **United States Cellular Operating Company of LaCrosse, Inc.**
Principal Business:    **Telecommunications**
FRN:    **0007296775**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Lewiston-Auburn

**FCC Regulated Business**

FCC Regulated Business Name:    **United States Cellular Operating Company of Lewiston-Auburn**
Principal Business:    **Telecommunications**
FRN:    **0007296791**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Manchester-Nashua, Inc.

**FCC Regulated Business**

FCC Regulated Business Name:    **United States Cellular Operating Company of Manchester-Nashua, Inc.**
Principal Business:    **Telecommunications**
FRN:    **0007296825**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Medford

**FCC Regulated Business**

FCC Regulated Business Name:    **United States Cellular Operating Company of Medford**
Principal Business:    **Telecommunications**
FRN:    **0002844801**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Tulsa, Inc.

**FCC Regulated Business**

FCC Regulated Business Name:    **United States Cellular Operating Company of Tulsa, Inc.**
Principal Business:    **Telecommunications**
FRN:    **0004970232**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Waterloo
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **United States Cellular Operating Company of Waterloo** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007297070** |

### Percent of Interest Held by DIH

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Yakima
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **United States Cellular Operating Company of Yakima** |
| Principal Business: | **Telecommunications** |
| FRN: | **0005030291** |

### Percent of Interest Held by DIH

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: United States Cellular Telephone Company (Greater Knoxville), L.P.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **United States Cellular Telephone Company (Greater Knoxville), L.P.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002845386** |

### Percent of Interest Held by DIH

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: United States Cellular Telephone of Greater Tulsa, L.L.C.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **United States Cellular Telephone of Greater Tulsa, L.L.C.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002845402** |

### Percent of Interest Held by DIH

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: United Telephone Company, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **United Telephone Company, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0005069299** |

### Percent of Interest Held by DIH

Percent of Interest Held: **9.90%**

## Detail for FCC Regulated Business: USCC Auction 73, LLC
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCC Auction 73, LLC** |
| Principal Business: | **Telecommunications** |

FRN: **0015013923**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: USCC Distribution Co, LLC
**FCC Regulated Business**

FCC Regulated Business Name: **USCC Distribution Co, LLC**
Principal Business: **Telecommunications**
FRN: **0007292022**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: USCC Financial L.L.C.
**FCC Regulated Business**

FCC Regulated Business Name: **USCC Financial L.L.C.**
Principal Business: **Telecommunications**
FRN: **0008272346**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: USCC Payroll Corporation
**FCC Regulated Business**

FCC Regulated Business Name: **USCC Payroll Corporation**
Principal Business: **Telecommunications**
FRN: **0007292030**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: USCC Purchase, LLC
**FCC Regulated Business**

FCC Regulated Business Name: **USCC Purchase, LLC**
Principal Business: **Telecommunications**
FRN: **0008272403**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: USCC Real Estate Corporation
**FCC Regulated Business**

FCC Regulated Business Name: **USCC Real Estate Corporation**
Principal Business: **Telecommunications**
FRN: **0007292071**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

## Detail for FCC Regulated Business: USCC Wireless Investment, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCC Wireless Investment, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292097** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: USCCI Corporation

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCCI Corporation** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292279** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: USCIC of Amarillo, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCIC of Amarillo, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292303** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: USCIC of Fresno

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCIC of Fresno** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292352** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: USCIC of North Carolina RSA #1, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCIC of North Carolina RSA #1, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292550** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: USCIC of Pennsylvania 5, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCIC of Pennsylvania 5, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292105** |

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

### Detail for FCC Regulated Business: USCOC Nebraska/Kansas, Inc.
**FCC Regulated Business**

FCC Regulated Business Name: **USCOC Nebraska/Kansas, Inc.**
Principal Business: **Telecommunications**
FRN: **0002838258**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

### Detail for FCC Regulated Business: USCOC Nebraska/Kansas, LLC
**FCC Regulated Business**

FCC Regulated Business Name: **USCOC Nebraska/Kansas, LLC**
Principal Business: **Telecommunications**
FRN: **0014020382**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

### Detail for FCC Regulated Business: USCOC of Central Illinois, LLC
**FCC Regulated Business**

FCC Regulated Business Name: **USCOC of Central Illinois, LLC**
Principal Business: **Telecommunications**
FRN: **0001736362**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

### Detail for FCC Regulated Business: USCOC of Charlottesville, Inc.
**FCC Regulated Business**

FCC Regulated Business Name: **USCOC of Charlottesville, Inc.**
Principal Business: **Telecommunications**
FRN: **0007292915**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

### Detail for FCC Regulated Business: USCOC of Chicago Real Estate Holdings, LLC
**FCC Regulated Business**

FCC Regulated Business Name: **USCOC of Chicago Real Estate Holdings, LLC**
Principal Business: **Telecommunications**
FRN: **0006161541**

**Percent of Interest Held by DIH**

Percent of Interest Held: **80.70%**

### Detail for FCC Regulated Business: USCOC of Cumberland, Inc.
**FCC Regulated Business**

FCC Regulated Business Name: **USCOC of Cumberland, Inc.**
Principal Business: **Telecommunications**
FRN: **0002839629**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **80.70%**

## Detail for FCC Regulated Business: USCOC of Greater Iowa, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:         **USCOC of Greater Iowa, Inc.**
Principal Business:                       **Telecommunications**
FRN:                                  **0003253168**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **80.70%**

## Detail for FCC Regulated Business: USCOC of Greater Missouri, LLC
**FCC Regulated Business**

FCC Regulated Business Name:         **USCOC of Greater Missouri, LLC**
Principal Business:                       **Telecommunications**
FRN:                                  **0002843852**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **80.70%**

## Detail for FCC Regulated Business: USCOC of Greater Oklahoma, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:         **USCOC of Greater Oklahoma, Inc.**
Principal Business:                       **Telecommunications**
FRN:                                  **0002840296**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **80.70%**

## Detail for FCC Regulated Business: USCOC of Illinois RSA #1, LLC
**FCC Regulated Business**

FCC Regulated Business Name:         **USCOC of Illinois RSA #1, LLC**
Principal Business:                       **Telecommunications**
FRN:                                  **0002150738**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **80.70%**

## Detail for FCC Regulated Business: USCOC of Illinois RSA #4, LLC
**FCC Regulated Business**

FCC Regulated Business Name:         **USCOC of Illinois RSA #4, LLC**
Principal Business:                       **Telecommunications**
FRN:                                  **0002703742**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **80.70%**

## Detail for FCC Regulated Business: USCOC of Iowa RSA #1, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **USCOC of Iowa RSA #1, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0002840783**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **80.70%**

## Detail for FCC Regulated Business: USCOC of Iowa RSA #16, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **USCOC of Iowa RSA #16, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0003921525**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **80.70%**

## Detail for FCC Regulated Business: USCOC of Jack/Wil, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **USCOC of Jack/Wil, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0007296726**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **80.70%**

## Detail for FCC Regulated Business: USCOC of Jacksonville, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **USCOC of Jacksonville, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0007291834**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **80.70%**

## Detail for FCC Regulated Business: USCOC of New Hampshire RSA #2, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **USCOC of New Hampshire RSA #2, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0002700797**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **80.70%**

## Detail for FCC Regulated Business: USCOC of North Carolina RSA #7, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **USCOC of North Carolina RSA #7, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0002840767**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **80.70%**

## Detail for FCC Regulated Business: USCOC of Oregon RSA #5, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of Oregon RSA #5, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002703916** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: USCOC of Pennsylvania RSA No. 10-B2, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of Pennsylvania RSA No. 10-B2, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002700292** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: USCOC of Richland, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of Richland, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0004829834** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: USCOC of Rochester, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of Rochester, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0008064610** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: USCOC of Rockford, LLC
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of Rockford, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001581487** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: USCOC of South Carolina RSA #4, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of South Carolina RSA #4, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002840270** |

**Percent of Interest Held by DIH**

Percent of Interest Held:                         **80.70%**

## Detail for FCC Regulated Business: USCOC of Texahoma, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of Texahoma, Inc.**
Principal Business:                              **Telecommunications**
FRN:                                             **0002841906**

**Percent of Interest Held by DIH**

Percent of Interest Held:                         **80.70%**

## Detail for FCC Regulated Business: USCOC of Virginia RSA #2, Inc
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of Virginia RSA #2, Inc**
Principal Business:                              **Telecommunications**
FRN:                                             **0002701720**

**Percent of Interest Held by DIH**

Percent of Interest Held:                         **80.70%**

## Detail for FCC Regulated Business: USCOC of Virginia RSA #3, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of Virginia RSA #3, Inc.**
Principal Business:                              **Telecommunications**
FRN:                                             **0001713510**

**Percent of Interest Held by DIH**

Percent of Interest Held:                         **80.70%**

## Detail for FCC Regulated Business: USCOC of Washington-4, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of Washington-4, Inc.**
Principal Business:                              **Telecommunications**
FRN:                                             **0002843241**

**Percent of Interest Held by DIH**

Percent of Interest Held:                         **80.70%**

## Detail for FCC Regulated Business: USCOC of Wilmington, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of Wilmington, Inc.**
Principal Business:                              **Telecommunications**
FRN:                                             **0007291768**

**Percent of Interest Held by DIH**

Percent of Interest Held:                         **80.70%**

## Detail for FCC Regulated Business: UTELCO, LLC
**FCC Regulated Business**

FCC Regulated Business Name:              **UTELCO, LLC**

Principal Business:            **Telecommunications**
FRN:                        **0002716991**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **100.00%**

## Detail for FCC Regulated Business: Venus Cellular Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **Venus Cellular Telephone Company, Inc.**
Principal Business:            **Telecommunications**
FRN:                        **0007292634**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **39.54%**

## Detail for FCC Regulated Business: Vermont RSA No. 2-B2, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **Vermont RSA No. 2-B2, Inc.**
Principal Business:            **Telecommunications**
FRN:                        **0002703817**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **80.70%**

## Detail for FCC Regulated Business: Vernon Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **Vernon Telephone Company, Inc.**
Principal Business:            **Telecommunications**
FRN:                        **0003767696**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **100.00%**

## Detail for FCC Regulated Business: Victoria Cellular Corporation
**FCC Regulated Business**

FCC Regulated Business Name:      **Victoria Cellular Corporation**
Principal Business:            **Telecommunications**
FRN:                        **0001676113**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **80.70%**

## Detail for FCC Regulated Business: Virginia RSA #4, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **Virginia RSA #4, Inc.**
Principal Business:            **Telecommunications**
FRN:                        **0002840700**

**Percent of Interest Held by DIH**

Percent of Interest Held:          **80.70%**

## Detail for FCC Regulated Business: Virginia RSA #7, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Virginia RSA #7, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002705184** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Virginia Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Virginia Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002058261** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Volcano Communications Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Volcano Communications Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0008231292** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **45.01%** |

## Detail for FCC Regulated Business: Warren Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Warren Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003686888** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Washington RSA #5, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Washington RSA #5, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007297005** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **80.70%** |

## Detail for FCC Regulated Business: Waterloo/Cedar Falls Celltelco
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Waterloo/Cedar Falls Celltelco** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002842250** |

Percent of Interest Held by DIH

Percent of Interest Held:　　　　　　　**75.08%**

## Detail for FCC Regulated Business: Waunakee Telephone Company, LLC
**FCC Regulated Business**

FCC Regulated Business Name:　　　　**Waunakee Telephone Company, LLC**
Principal Business:　　　　　　　　　**Telecommunications**
FRN:　　　　　　　　　　　　　　　**0003767720**

**Percent of Interest Held by DIH**

Percent of Interest Held:　　　　　　　**100.00%**

## Detail for FCC Regulated Business: Westelcom Cellular, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:　　　　**Westelcom Cellular, Inc.**
Principal Business:　　　　　　　　　**Telecommunications**
FRN:　　　　　　　　　　　　　　　**0007297096**

**Percent of Interest Held by DIH**

Percent of Interest Held:　　　　　　　**80.70%**

## Detail for FCC Regulated Business: Western Sub-RSA Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:　　　　**Western Sub-RSA Limited Partnership**
Principal Business:　　　　　　　　　**Telecommunications**
FRN:　　　　　　　　　　　　　　　**0002840429**

**Percent of Interest Held by DIH**

Percent of Interest Held:　　　　　　　**79.28%**

## Detail for FCC Regulated Business: Williston Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:　　　　**Williston Telephone Company**
Principal Business:　　　　　　　　　**Telecommunications**
FRN:　　　　　　　　　　　　　　　**0001888155**

**Percent of Interest Held by DIH**

Percent of Interest Held:　　　　　　　**100.00%**

## Detail for FCC Regulated Business: Wilmington Cellular Partnership
**FCC Regulated Business**

FCC Regulated Business Name:　　　　**Wilmington Cellular Partnership**
Principal Business:　　　　　　　　　**Telecommunications**
FRN:　　　　　　　　　　　　　　　**0007291867**

**Percent of Interest Held by DIH**

Percent of Interest Held:　　　　　　　**79.16%**

## Detail for FCC Regulated Business: Wilmington Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:　　　　**Wilmington Cellular Telephone Company**

Principal Business:                    **Telecommunications**
FRN:                                   **0003014032**

**Percent of Interest Held by DIH**

Percent of Interest Held:              **79.16%**

## Detail for FCC Regulated Business: Wilton Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:           **Wilton Telephone Company, Inc.**
Principal Business:                    **Telecommunications**
FRN:                                   **0004329470**

**Percent of Interest Held by DIH**

Percent of Interest Held:              **100.00%**

## Detail for FCC Regulated Business: Winsted Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:           **Winsted Telephone Company**
Principal Business:                    **Telecommunications**
FRN:                                   **0002648657**

**Percent of Interest Held by DIH**

Percent of Interest Held:              **100.00%**

## Detail for FCC Regulated Business: Winterhaven Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:           **Winterhaven Telephone Company**
Principal Business:                    **Telecommunications**
FRN:                                   **0001724426**

**Percent of Interest Held by DIH**

Percent of Interest Held:              **100.00%**

## Detail for FCC Regulated Business: Wolverine Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:           **Wolverine Telephone Company**
Principal Business:                    **Telecommunications**
FRN:                                   **0003727385**

**Percent of Interest Held by DIH**

Percent of Interest Held:              **100.00%**

## Detail for FCC Regulated Business: Wyandotte Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:           **Wyandotte Telephone Company**
Principal Business:                    **Telecommunications**
FRN:                                   **0003767753**

**Percent of Interest Held by DIH**

Percent of Interest Held:              **100.00%**

## Detail for Disclosable Interest Holder: United States Cellular Corporation
**Disclosable Interest Holder Type and Name**

| | |
|---|---|
| Disclosable Interest Holder Name: | **United States Cellular Corporation** |
| Entity Type: | **Corporation** |
| FRN: | **0004372322** |

### Disclosable Interest Holder Address

| | |
|---|---|
| Address Line 1: | **8410 West Bryn Mawr** |
| Address Line 2: | |
| City: | **Chicago** |
| State: | **IL** |
| Zip Code: | **60631-** |

### Type of Interest in Applicant

**Indirect Ownership Interest in Applicant**

### Type of Ownership Interest in Applicant

**Limited Partnership Shares:** Insulated

### Disclosable Interest Held in Applicant

| | |
|---|---|
| Percent of Interest Held in Applicant: | **90.00%** |
| Jurisdiction of Formation: | **Delaware** |

### Gross Revenues Attributable to Applicant

This Disclosable Interest Holder is not an Affiliate of the Applicant within the meaning of the Commission's rules and, therefore, no revenue information for this Disclosable Interest Holder will be provided.

## Detail for FCC Regulated Business: Bangor Cellular Telephone, L.P.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Bangor Cellular Telephone, L.P.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002839298** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **97.57%** |

## Detail for FCC Regulated Business: Barat Wireless, L.P.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Barat Wireless, L.P.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0015019003** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **90.00%** |

## Detail for FCC Regulated Business: California Rural Service Area #1, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **California Rural Service Area #1, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002703700** |

### Percent of Interest Held by DIH

Percent of Interest Held:　　　　　**100.00%**

## Detail for FCC Regulated Business: Carroll Wireless, LP
**FCC Regulated Business**

FCC Regulated Business Name:　　　　　**Carroll Wireless, LP**
Principal Business:　　　　　**Telecommunications**
FRN:　　　　　**0012184834**

**Percent of Interest Held by DIH**

Percent of Interest Held:　　　　　**90.00%**

## Detail for FCC Regulated Business: Cedar Rapids Cellular Telephone, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:　　　　　**Cedar Rapids Cellular Telephone, L.P.**
Principal Business:　　　　　**Telecommunications**
FRN:　　　　　**0002839777**

**Percent of Interest Held by DIH**

Percent of Interest Held:　　　　　**96.76%**

## Detail for FCC Regulated Business: Cellvest, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:　　　　　**Cellvest, Inc.**
Principal Business:　　　　　**Telecommunications**
FRN:　　　　　**0007291693**

**Percent of Interest Held by DIH**

Percent of Interest Held:　　　　　**100.00%**

## Detail for FCC Regulated Business: Central Cellular Telephones LTD.
**FCC Regulated Business**

FCC Regulated Business Name:　　　　　**Central Cellular Telephones LTD.**
Principal Business:　　　　　**Telecommunications**
FRN:　　　　　**0007292592**

**Percent of Interest Held by DIH**

Percent of Interest Held:　　　　　**100.00%**

## Detail for FCC Regulated Business: Champlain Cellular, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:　　　　　**Champlain Cellular, Inc.**
Principal Business:　　　　　**Telecommunications**
FRN:　　　　　**0007292683**

**Percent of Interest Held by DIH**

Percent of Interest Held:　　　　　**100.00%**

## Detail for FCC Regulated Business: Charlottesville Cellular Partnership
**FCC Regulated Business**

FCC Regulated Business Name:　　　　　**Charlottesville Cellular Partnership**
Principal Business:　　　　　**Telecommunications**
FRN:　　　　　**0003575685**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **95.37%**

## Detail for FCC Regulated Business: Community Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:        **Community Cellular Telephone Company**
Principal Business:        **Telecommunications**
FRN:        **0007292261**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **61.36%**

## Detail for FCC Regulated Business: Crown Point Cellular, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **Crown Point Cellular, Inc.**
Principal Business:        **Telecommunications**
FRN:        **0007292709**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: Davenport Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:        **Davenport Cellular Telephone Company**
Principal Business:        **Telecommunications**
FRN:        **0001702190**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: Davenport Cellular Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **Davenport Cellular Telephone Company, Inc.**
Principal Business:        **Telecommunications**
FRN:        **0007292717**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: Dubuque Cellular Telephone, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:        **Dubuque Cellular Telephone, L.P.**
Principal Business:        **Telecommunications**
FRN:        **0002839272**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **97.55%**

## Detail for FCC Regulated Business: Eastern North Carolina Cellular Joint Venture
**FCC Regulated Business**

FCC Regulated Business Name:    **Eastern North Carolina Cellular Joint Venture**
Principal Business:    **Telecommunications**
FRN:    **0007298953**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **100.00%**

## Detail for FCC Regulated Business: Farmers Cellular Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:    **Farmers Cellular Telephone Company, Inc.**
Principal Business:    **Telecommunications**
FRN:    **0002576528**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **49.00%**

## Detail for FCC Regulated Business: Farmers Mutual Cellular Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:    **Farmers Mutual Cellular Telephone Company, Inc.**
Principal Business:    **Telecommunications**
FRN:    **0007291958**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **49.00%**

## Detail for FCC Regulated Business: Gray Butte Joint Venture
**FCC Regulated Business**

FCC Regulated Business Name:    **Gray Butte Joint Venture**
Principal Business:    **Telecommunications**
FRN:    **0007292782**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **100.00%**

## Detail for FCC Regulated Business: Green Bay Celltelco
**FCC Regulated Business**

FCC Regulated Business Name:    **Green Bay Celltelco**
Principal Business:    **Telecommunications**
FRN:    **0001581503**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **100.00%**

## Detail for FCC Regulated Business: Hardy Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:    **Hardy Cellular Telephone Company**
Principal Business:    **Telecommunications**
FRN:    **0003012689**

**Percent of Interest Held by DIH**

Percent of Interest Held:    **100.00%**

## Detail for FCC Regulated Business: Humphreys County Cellular, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **Humphreys County Cellular, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0007291941**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **100.00%**

## Detail for FCC Regulated Business: Indiana RSA #5, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **Indiana RSA #5, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0007305113**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **100.00%**

## Detail for FCC Regulated Business: Indiana RSA No. 4 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:          **Indiana RSA No. 4 Limited Partnership**
Principal Business:                   **Telecommunications**
FRN:                                  **0002880649**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **85.71%**

## Detail for FCC Regulated Business: Indiana RSA No. 5 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:          **Indiana RSA No. 5 Limited Partnership**
Principal Business:                   **Telecommunications**
FRN:                                  **0002880623**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **33.33%**

## Detail for FCC Regulated Business: Iowa 13, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **Iowa 13, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0002705168**

**Percent of Interest Held by DIH**

Percent of Interest Held:             **100.00%**

## Detail for FCC Regulated Business: Iowa RSA #12, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **Iowa RSA #12, Inc.**
Principal Business:                   **Telecommunications**
FRN:                                  **0007291974**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: Iowa RSA #3, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Iowa RSA #3, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007291966** |

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: Iowa RSA #9, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Iowa RSA #9, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292196** |

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: Iowa RSA No. 12 Limited Partnership
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Iowa RSA No. 12 Limited Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002842177** |

**Percent of Interest Held by DIH**

Percent of Interest Held:      **24.50%**

## Detail for FCC Regulated Business: Jackson Square PCS, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Jackson Square PCS, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0008107823** |

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: Jackson Square Wireless, L.P.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Jackson Square Wireless, L.P.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0006583884** |

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: Jacksonville Cellular Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Jacksonville Cellular Telephone Company** |

Principal Business:          **Telecommunications**
FRN:          **0001944263**

### Percent of Interest Held by DIH

Percent of Interest Held:        **97.57%**

## Detail for FCC Regulated Business: Jacksonville Cellular Partnership
**FCC Regulated Business**

FCC Regulated Business Name:        **Jacksonville Cellular Partnership**
Principal Business:          **Telecommunications**
FRN:          **0007291883**

### Percent of Interest Held by DIH

Percent of Interest Held:        **97.57%**

## Detail for FCC Regulated Business: Jefferson Cellular Telephone Compnay, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **Jefferson Cellular Telephone Compnay, Inc.**
Principal Business:          **Telecommunications**
FRN:          **0007291982**

### Percent of Interest Held by DIH

Percent of Interest Held:        **49.00%**

## Detail for FCC Regulated Business: Kansas #15 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:        **Kansas #15 Limited Partnership**
Principal Business:          **Telecommunications**
FRN:          **0002931079**

### Percent of Interest Held by DIH

Percent of Interest Held:        **75.00%**

## Detail for FCC Regulated Business: Kenosha Cellular Telephone, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:        **Kenosha Cellular Telephone, L.P.**
Principal Business:          **Telecommunications**
FRN:          **0002703155**

### Percent of Interest Held by DIH

Percent of Interest Held:        **99.32%**

## Detail for FCC Regulated Business: Lacrosse Cellular Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **Lacrosse Cellular Telephone Company, Inc.**
Principal Business:          **Telecommunications**
FRN:          **0004375325**

### Percent of Interest Held by DIH

Percent of Interest Held:        **97.20%**

### Detail for FCC Regulated Business: Lewiston Celltelco Partnership
**FCC Regulated Business**

FCC Regulated Business Name:      **Lewiston Celltelco Partnership**
Principal Business:      **Telecommunications**
FRN:      **0003682325**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **88.45%**

### Detail for FCC Regulated Business: Madison Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:      **Madison Cellular Telephone Company**
Principal Business:      **Telecommunications**
FRN:      **0001574540**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **92.50%**

### Detail for FCC Regulated Business: Maine RSA #1, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **Maine RSA #1, Inc.**
Principal Business:      **Telecommunications**
FRN:      **0002841963**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

### Detail for FCC Regulated Business: Maine RSA #4, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **Maine RSA #4, Inc.**
Principal Business:      **Telecommunications**
FRN:      **0004823373**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

### Detail for FCC Regulated Business: Manchester-Nashua Cellular Telephone, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:      **Manchester-Nashua Cellular Telephone, L.P.**
Principal Business:      **Telecommunications**
FRN:      **0002838050**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **96.30%**

### Detail for FCC Regulated Business: McDaniel Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name:      **McDaniel Cellular Telephone Company**
Principal Business:      **Telecommunications**
FRN:      **0001562107**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: Muskrat Wireless, L.P.
**FCC Regulated Business**

FCC Regulated Business Name:      **Muskrat Wireless, L.P.**
Principal Business:      **Telecommunications**
FRN:      **0002842425**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **16.67%**

## Detail for FCC Regulated Business: New York RSA 2 Cellular Partnership
**FCC Regulated Business**

FCC Regulated Business Name:      **New York RSA 2 Cellular Partnership**
Principal Business:      **Telecommunications**
FRN:      **0001836584**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **57.14%**

## Detail for FCC Regulated Business: Newport Cellular, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **Newport Cellular, Inc.**
Principal Business:      **Telecommunications**
FRN:      **0007292766**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: NH #1 Rural Cellular, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **NH #1 Rural Cellular, Inc.**
Principal Business:      **Telecommunications**
FRN:      **0002841948**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: North Carolina RSA #4, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:      **North Carolina RSA #4, Inc.**
Principal Business:      **Telecommunications**
FRN:      **0001769686**

**Percent of Interest Held by DIH**

Percent of Interest Held:      **100.00%**

## Detail for FCC Regulated Business: North Carolina RSA 1 Partnership
**FCC Regulated Business**

FCC Regulated Business Name:      **North Carolina RSA 1 Partnership**

| | |
|---|---|
| Principal Business: | **Telecommunications** |
| FRN: | **0001837368** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **50.00%** |

## Detail for FCC Regulated Business: North Carolina RSA 1 Partnership
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **North Carolina RSA 1 Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001837368** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **40.35%** |

## Detail for FCC Regulated Business: North Carolina RSA No. 6, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **North Carolina RSA No. 6, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001532274** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Oklahoma City SMSA Limited Partnership
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Oklahoma City SMSA Limited Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001658392** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **14.60%** |

## Detail for FCC Regulated Business: Oklahoma City SMSA Tower Holdings LLC
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Oklahoma City SMSA Tower Holdings LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0011437050** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **14.60%** |

## Detail for FCC Regulated Business: Oregon RSA #2, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Oregon RSA #2, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292774** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Oregon RSA No. 2 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name: **Oregon RSA No. 2 Limited Partnership**
Principal Business: **Telecommunications**
FRN: **0002705622**

### Percent of Interest Held by DIH

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: PCS Wisconsin, LLC
**FCC Regulated Business**

FCC Regulated Business Name: **PCS Wisconsin, LLC**
Principal Business: **Telecommunications**
FRN: **0002700854**

### Percent of Interest Held by DIH

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: Pennsylvania RSA 1 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name: **Pennsylvania RSA 1 Limited Partnership**
Principal Business: **Telecommunications**
FRN: **0002837151**

### Percent of Interest Held by DIH

Percent of Interest Held: **9.80%**

## Detail for FCC Regulated Business: Pine Island Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name: **Pine Island Cellular Telephone Company**
Principal Business: **Telecommunications**
FRN: **0007299647**

### Percent of Interest Held by DIH

Percent of Interest Held: **49.00%**

## Detail for FCC Regulated Business: Racine Cellular Telephone Company
**FCC Regulated Business**

FCC Regulated Business Name: **Racine Cellular Telephone Company**
Principal Business: **Telecommunications**
FRN: **0001573393**

### Percent of Interest Held by DIH

Percent of Interest Held: **96.08%**

## Detail for FCC Regulated Business: South Canaan Cellular Communications Company, L.P.
**FCC Regulated Business**

FCC Regulated Business Name: **South Canaan Cellular Communications Company, L.P.**
Principal Business: **Telecommunications**
FRN: **0004285698**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **49.00%**

## Detail for FCC Regulated Business: St. Lawerence Seaway RSA Cellular Partnership
**FCC Regulated Business**

FCC Regulated Business Name:          **St. Lawerence Seaway RSA Cellular Partnership**
Principal Business:                    **Telecommunications**
FRN:                                   **0003477916**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **60.00%**

## Detail for FCC Regulated Business: Tennessee RSA No. 3 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:          **Tennessee RSA No. 3 Limited Partnership**
Principal Business:                    **Telecommunications**
FRN:                                   **0001768134**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **100.00%**

## Detail for FCC Regulated Business: Texahoma Cellular Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:          **Texahoma Cellular Limited Partnership**
Principal Business:                    **Telecommunications**
FRN:                                   **0001662378**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **78.45%**

## Detail for FCC Regulated Business: Texas Invco of RSA #6, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:          **Texas Invco of RSA #6, Inc.**
Principal Business:                    **Telecommunications**
FRN:                                   **0007292253**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **100.00%**

## Detail for FCC Regulated Business: Texas RSA 6 Limited Partnership
**FCC Regulated Business**

FCC Regulated Business Name:          **Texas RSA 6 Limited Partnership**
Principal Business:                    **Telecommunications**
FRN:                                   **0001665991**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **13.50%**

## Detail for FCC Regulated Business: Texas RSA 6 Tower Holdings LLC
**FCC Regulated Business**

FCC Regulated Business Name:          **Texas RSA 6 Tower Holdings LLC**

Principal Business: **Telecommunications**
FRN: **0011437019**

### Percent of Interest Held by DIH

Percent of Interest Held: **13.50%**

## Detail for FCC Regulated Business: Township Cellular Telephone, Inc.
### FCC Regulated Business

FCC Regulated Business Name: **Township Cellular Telephone, Inc.**
Principal Business: **Telecommunications**
FRN: **0007292873**

### Percent of Interest Held by DIH

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: United States Cellular Investment Company of Allentown
### FCC Regulated Business

FCC Regulated Business Name: **United States Cellular Investment Company of Allentown**
Principal Business: **Telecommunications**
FRN: **0007292295**

### Percent of Interest Held by DIH

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: United States Cellular Investment Company of Oklahoma City, Inc.
### FCC Regulated Business

FCC Regulated Business Name: **United States Cellular Investment Company of Oklahoma City, Inc.**
Principal Business: **Telecommunications**
FRN: **0007292576**

### Percent of Interest Held by DIH

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: United States Cellular Investment Company, LLC
### FCC Regulated Business

FCC Regulated Business Name: **United States Cellular Investment Company, LLC**
Principal Business: **Telecommunications**
FRN: **0007280969**

### Percent of Interest Held by DIH

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: United States Cellular Investment Corporation of Los Angeless
### FCC Regulated Business

FCC Regulated Business Name: **United States Cellular Investment Corporation of Los Angeless**
Principal Business: **Telecommunications**
FRN: **0007292493**

### Percent of Interest Held by DIH

Percent of Interest Held:           **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Bangor

**FCC Regulated Business**

FCC Regulated Business Name:       **United States Cellular Operating Company of Bangor**
Principal Business:       **Telecommunications**
FRN:       **0007305162**

### Percent of Interest Held by DIH

Percent of Interest Held:       **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Cedar Rapids

**FCC Regulated Business**

FCC Regulated Business Name:       **United States Cellular Operating Company of Cedar Rapids**
Principal Business:       **Telecommunications**
FRN:       **0007292899**

### Percent of Interest Held by DIH

Percent of Interest Held:       **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Chicago, LLC

**FCC Regulated Business**

FCC Regulated Business Name:       **United States Cellular Operating Company of Chicago, LLC**
Principal Business:       **Telecommunications**
FRN:       **0008295842**

### Percent of Interest Held by DIH

Percent of Interest Held:       **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Dubuque

**FCC Regulated Business**

FCC Regulated Business Name:       **United States Cellular Operating Company of Dubuque**
Principal Business:       **Telecommunications**
FRN:       **0007305303**

### Percent of Interest Held by DIH

Percent of Interest Held:       **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Knoxville

**FCC Regulated Business**

FCC Regulated Business Name:       **United States Cellular Operating Company of Knoxville**
Principal Business:       **Telecommunications**
FRN:       **0007296767**

### Percent of Interest Held by DIH

Percent of Interest Held:       **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Lacrosse, Inc.

**FCC Regulated Business**

FCC Regulated Business Name: **United States Cellular Operating Company of Lacrosse, Inc.**
Principal Business: **Telecommunications**
FRN: **0007296775**

**Percent of Interest Held by DIH**

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Lewiston-Auburn

**FCC Regulated Business**

FCC Regulated Business Name: **United States Cellular Operating Company of Lewiston-Auburn**
Principal Business: **Telecommunications**
FRN: **0007296791**

**Percent of Interest Held by DIH**

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Manchester-Nashua, Inc.

**FCC Regulated Business**

FCC Regulated Business Name: **United States Cellular Operating Company of Manchester-Nashua, Inc.**
Principal Business: **Telecommunications**
FRN: **0007296825**

**Percent of Interest Held by DIH**

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Medford

**FCC Regulated Business**

FCC Regulated Business Name: **United States Cellular Operating Company of Medford**
Principal Business: **Telecommunications**
FRN: **0002844801**

**Percent of Interest Held by DIH**

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Tulsa, Inc.

**FCC Regulated Business**

FCC Regulated Business Name: **United States Cellular Operating Company of Tulsa, Inc.**
Principal Business: **Telecommunications**
FRN: **0004970232**

**Percent of Interest Held by DIH**

Percent of Interest Held: **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Waterloo

**FCC Regulated Business**

FCC Regulated Business Name: **United States Cellular Operating Company of Waterloo**
Principal Business: **Telelcommunications**
FRN: **0007297070**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company of Yakima
**FCC Regulated Business**

FCC Regulated Business Name:     **United States Cellular Operating Company of Yakima**
Principal Business:     **Telecommunications**
FRN:     **0005030291**

### Percent of Interest Held by DIH

Percent of Interest Held:     **100.00%**

## Detail for FCC Regulated Business: United States Cellular Operating Company, LLC
**FCC Regulated Business**

FCC Regulated Business Name:     **United States Cellular Operating Company, LLC**
Principal Business:     **Telecommunications**
FRN:     **0002844595**

### Percent of Interest Held by DIH

Percent of Interest Held:     **100.00%**

## Detail for FCC Regulated Business: United States Cellular Telephone (Greater Knoxville), L.P.
**FCC Regulated Business**

FCC Regulated Business Name:     **United States Cellular Telephone (Greater Knoxville), L.P.**
Principal Business:     **Telecommunications**
FRN:     **0002845386**

### Percent of Interest Held by DIH

Percent of Interest Held:     **100.00%**

## Detail for FCC Regulated Business: United States Cellular Telephone of Greater Tulsa, L.L.C.
**FCC Regulated Business**

FCC Regulated Business Name:     **United States Cellular Telephone of Greater Tulsa, L.L.C.**
Principal Business:     **Telecommunications**
FRN:     **0002845402**

### Percent of Interest Held by DIH

Percent of Interest Held:     **100.00%**

## Detail for FCC Regulated Business: USCC Auction 73, LLC
**FCC Regulated Business**

FCC Regulated Business Name:     **USCC Auction 73, LLC**
Principal Business:     **Telecommunications**
FRN:     **0015013923**

### Percent of Interest Held by DIH

Percent of Interest Held:     **100.00%**

## Detail for FCC Regulated Business: USCC Distribution Co, LLC
**FCC Regulated Business**

FCC Regulated Business Name:     **USCC Distribution Co, LLC**
Principal Business:     **Telecommunications**

FRN:                      **0007292022**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: USCC Financial LLC
**FCC Regulated Business**

FCC Regulated Business Name:            **USCC Financial LLC**
Principal Business:                  **Telecommunications**
FRN:                      **0008272346**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: USCC Payroll Corporation
**FCC Regulated Business**

FCC Regulated Business Name:            **USCC Payroll Corporation**
Principal Business:                  **Telecommunications**
FRN:                      **0007292030**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: USCC Purchase, LLC
**FCC Regulated Business**

FCC Regulated Business Name:            **USCC Purchase, LLC**
Principal Business:                  **Telecommunications**
FRN:                      **0008272403**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: USCC Real Estate Corporation
**FCC Regulated Business**

FCC Regulated Business Name:            **USCC Real Estate Corporation**
Principal Business:                  **Telecommunications**
FRN:                      **0007292071**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: USCC Wireless Investment, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:            **USCC Wireless Investment, Inc.**
Principal Business:                  **Telecommunications**
FRN:                      **0007292097**

**Percent of Interest Held by DIH**

Percent of Interest Held:            **100.00%**

## Detail for FCC Regulated Business: USCCI Corporation

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCCI Corporation** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292279** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: USCIC of Amarillo, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCIC of Amarillo, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292303** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: USCIC of Fresno
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCIC of Fresno** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292352** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: USCIC of North Carolina RSA #1, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCIC of North Carolina RSA #1, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292550** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: USCIC of Pennsylvania 5, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCIC of Pennsylvania 5, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007292105** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: USCOC Nebraska/Kansas, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC Nebraska/Kansas, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002838258** |

**Percent of Interest Held by DIH**

Percent of Interest Held:     **100.00%**

### Detail for FCC Regulated Business: USCOC Nebraska/Kansas, LLC
**FCC Regulated Business**

FCC Regulated Business Name:     **USCOC Nebraska/Kansas, LLC**
Principal Business:     **Telecommunications**
FRN:     **0014020382**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **100.00%**

### Detail for FCC Regulated Business: USCOC of Central illinois, LLC
**FCC Regulated Business**

FCC Regulated Business Name:     **USCOC of Central illinois, LLC**
Principal Business:     **Telecommunications**
FRN:     **0001736362**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **100.00%**

### Detail for FCC Regulated Business: USCOC of Charlottesville, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:     **USCOC of Charlottesville, Inc.**
Principal Business:     **Telecommunications**
FRN:     **0007292915**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **100.00%**

### Detail for FCC Regulated Business: USCOC of Chicago Real Estate Holdings, LLC
**FCC Regulated Business**

FCC Regulated Business Name:     **USCOC of Chicago Real Estate Holdings, LLC**
Principal Business:     **Telecommunications**
FRN:     **0006161541**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **100.00%**

### Detail for FCC Regulated Business: USCOC of Cumberland, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:     **USCOC of Cumberland, Inc.**
Principal Business:     **Telecommunications**
FRN:     **0002839629**

**Percent of Interest Held by DIH**

Percent of Interest Held:     **100.00%**

### Detail for FCC Regulated Business: USCOC of Greater Iowa, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:     **USCOC of Greater Iowa, Inc.**
Principal Business:     **Telecommunications**
FRN:     **0003253168**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **100.00%**

## Detail for FCC Regulated Business: USCOC of Greater Missouri, LLC
**FCC Regulated Business**

FCC Regulated Business Name:         **USCOC of Greater Missouri, LLC**
Principal Business:                         **Telecommunications**
FRN:                                      **0002843852**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **100.00%**

## Detail for FCC Regulated Business: USCOC of Greater Oklahoma, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:         **USCOC of Greater Oklahoma, Inc.**
Principal Business:                         **Telecommunciations**
FRN:                                      **0002840296**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **100.00%**

## Detail for FCC Regulated Business: USCOC of Illinois RSA #1, LLC
**FCC Regulated Business**

FCC Regulated Business Name:         **USCOC of Illinois RSA #1, LLC**
Principal Business:                         **Telecommunciations**
FRN:                                      **0002150738**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **100.00%**

## Detail for FCC Regulated Business: USCOC of Illinois RSA #4, LLC
**FCC Regulated Business**

FCC Regulated Business Name:         **USCOC of Illinois RSA #4, LLC**
Principal Business:                         **Telecommunciations**
FRN:                                      **0002703742**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **100.00%**

## Detail for FCC Regulated Business: USCOC of Iowa RSA #1, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:         **USCOC of Iowa RSA #1, Inc.**
Principal Business:                         **Telecommunciations**
FRN:                                      **0002840783**

**Percent of Interest Held by DIH**

Percent of Interest Held:               **100.00%**

## Detail for FCC Regulated Business: USCOC of Iowa RSA #16, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of Iowa RSA #16, Inc.**
Principal Business:                       **Telecommunciations**
FRN:                                      **0003921525**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **100.00%**

## Detail for FCC Regulated Business: USCOC of Jack/Wil, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of Jack/Wil, Inc.**
Principal Business:                       **Telecommunciations**
FRN:                                      **0007296726**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **100.00%**

## Detail for FCC Regulated Business: USCOC of Jacksonville, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of Jacksonville, Inc.**
Principal Business:                       **Telecommunciations**
FRN:                                      **0007291834**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **100.00%**

## Detail for FCC Regulated Business: USCOC of New Hampshire RSA #2, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of New Hampshire RSA #2, Inc.**
Principal Business:                       **Telecommunciations**
FRN:                                      **0002700797**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **100.00%**

## Detail for FCC Regulated Business: USCOC of North Carolina RSA #7, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of North Carolina RSA #7, Inc.**
Principal Business:                       **Telecommunications**
FRN:                                      **0002840767**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **100.00%**

## Detail for FCC Regulated Business: USCOC of Oregon RSA # 5, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:              **USCOC of Oregon RSA # 5, Inc.**
Principal Business:                       **Telecommunications**
FRN:                                      **0002703916**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **100.00%**

## Detail for FCC Regulated Business: USCOC of Pennsylvania RSA No. 10-B2, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of Pennsylvania RSA No. 10-B2, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002700292** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: USCOC of Richland, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of Richland, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0004829834** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: USCOC of Rochester, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of Rochester, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0008064610** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: USCOC of Rockford, LLC

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of Rockford, LLC** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001581487** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: USCOC of South Carolina RSA #4, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of South Carolina RSA #4, Inc.** |
| Principal Business: | **Telecommunciations** |
| FRN: | **0002840270** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: USCOC of Texahoma, Inc.

**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC of Texahoma, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002841906** |

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: USCOC of Virginia RSA #2, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **USCOC of Virginia RSA #2, Inc.**
Principal Business:        **Telecommunications**
FRN:        **0002701720**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: USCOC of Virginia RSA #3, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **USCOC of Virginia RSA #3, Inc.**
Principal Business:        **Telecommunications**
FRN:        **0001713510**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: USCOC of Washington-4, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **USCOC of Washington-4, Inc.**
Principal Business:        **Telecommunications**
FRN:        **0002843241**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: USCOC of Wilmington, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **USCOC of Wilmington, Inc.**
Principal Business:        **Telecommunications**
FRN:        **0007291768**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **100.00%**

## Detail for FCC Regulated Business: Venus Cellular Telephone Company, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **Venus Cellular Telephone Company, Inc.**
Principal Business:        **Telecommunications**
FRN:        **0007292634**

**Percent of Interest Held by DIH**

Percent of Interest Held:        **49.00%**

## Detail for FCC Regulated Business: Vermont RSA No. 2-B2, Inc.
**FCC Regulated Business**

FCC Regulated Business Name:        **Vermont RSA No. 2-B2, Inc.**

| | |
|---|---|
| Principal Business: | **Telecommunications** |
| FRN: | **0002703817** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Victoria Cellular Corporation
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Victoria Cellular Corporation** |
| Principal Business: | **Telecommunications** |
| FRN: | **0001676113** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Virginia RSA #4, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Virginia RSA #4, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002840700** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Virginia RSA #7, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Virginia RSA #7, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002705184** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Washington RSA #5, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Washington RSA #5, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007297005** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Waterloo/Cedar Falls Celltelco
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Waterloo/Cedar Falls Celltelco** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002842250** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **93.03%** |

## Detail for FCC Regulated Business: Westelcom Cellular, Inc.
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Westelcom Cellular, Inc.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007297096** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **100.00%** |

## Detail for FCC Regulated Business: Western Sub-RSA Limited Partnership
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Western Sub-RSA Limited Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002840429** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **98.24%** |

## Detail for FCC Regulated Business: Wilmington Cellular Partnership
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Wilmington Cellular Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0007291867** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **98.82%** |

## Detail for FCC Regulated Business: Wilmington Cellular Telephone Company
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Wilmington Cellular Telephone Company** |
| Principal Business: | **Telecommunications** |
| FRN: | **0003014032** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **98.82%** |

## Detail for FCC Regulated Business: Yakima MSA Limited Partnership
**FCC Regulated Business**

| | |
|---|---|
| FCC Regulated Business Name: | **Yakima MSA Limited Partnership** |
| Principal Business: | **Telecommunications** |
| FRN: | **0002321156** |

**Percent of Interest Held by DIH**

| | |
|---|---|
| Percent of Interest Held: | **87.81%** |

## Detail for Disclosable Interest Holder: USCC Wireless Investment, Inc.
**Disclosable Interest Holder Type and Name**

| | |
|---|---|
| Disclosable Interest Holder Name: | **USCC Wireless Investment, Inc.** |
| Entity Type: | **Corporation** |
| FRN: | **0007292097** |

**Disclosable Interest Holder Address**

| | |
|---|---|
| Address Line 1: | **8410 West Bryn Mawr** |
| Address Line 2: | **Suite 700** |
| City: | **Chicago** |
| State: | **IL** |
| Zip Code: | **60631-** |

## Type of Interest in Applicant

**Direct Ownership Interest in Applicant**

## Type of Ownership Interest in Applicant

**Limited Partnership Shares:** Insulated

## Disclosable Interest Held in Applicant

| | |
|---|---|
| Percent of Interest Held in Applicant: | **90.00%** |
| Jurisdiction of Formation: | **Delaware** |

## Gross Revenues Attributable to Applicant

This Disclosable Interest Holder is not an Affiliate of the Applicant within the meaning of the Commission's rules and, therefore, no revenue information for this Disclosable Interest Holder will be provided.

## Detail for FCC Regulated Business: Barat Wireless, L.P.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Barat Wireless, L.P.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0015019003** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **90.00%** |

## Detail for FCC Regulated Business: Carroll Wireless, LP
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Carroll Wireless, LP** |
| Principal Business: | **Telecommunications** |
| FRN: | **0012184834** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **90.00%** |

## Detail for FCC Regulated Business: Jackson Square Wireless, L.P.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **Jackson Square Wireless, L.P.** |
| Principal Business: | **Telecommunications** |
| FRN: | **0006583884** |

### Percent of Interest Held by DIH

| | |
|---|---|
| Percent of Interest Held: | **85.00%** |

## Detail for FCC Regulated Business: USCOC Of Rochester, Inc.
### FCC Regulated Business

| | |
|---|---|
| FCC Regulated Business Name: | **USCOC Of Rochester, Inc.** |
| Principal Business: | **Telecommunications** |

FRN:                                      **0008064610**

**Percent of Interest Held by DIH**

Percent of Interest Held:                 **100.00%**

## Detail for Disclosable Interest Holder: Voting Trust - Telephone and Data Systems, Inc.

**Disclosable Interest Holder Type and Name**

Disclosable Interest Holder Name:         **Voting Trust - Telephone and Data Systems, Inc.**
Entity Type:                              **Trust**
FRN:                                      **0007301658**

**Disclosable Interest Holder Address**

Address Line 1:                           **c/o Telephone and Data Systems, Inc.**
Address Line 2:                           **30 North LaSalle Street, Suite 4000**
City:                                     **Chicago**
State:                                    **IL**
Zip Code:                                 **60602-**

**Type of Interest in Applicant**

**Indirect Ownership Interest in Applicant**

**Type of Ownership Interest in Applicant**

**Other: Indirect Ownership Interest is comprised of a 52.3% controlling interest in Telephone and Data Systems, Inc., which indirectly holds 72.63% of the Applicant's equity.**

**Disclosable Interest Held in Applicant**

Percent of Interest Held in Applicant:    **72.63%**
Jurisdiction of Formation:                **Delaware**

**Gross Revenues Attributable to Applicant**

This Disclosable Interest Holder is not an Affiliate of the Applicant within the meaning of the Commission's rules and, therefore, no revenue information for this Disclosable Interest Holder will be provided.

## Detail for Disclosable Interest Holder: Walter C.D. Carlson

**Disclosable Interest Holder Type and Name**

Disclosable Interest Holder Name:         **Walter C.D. Carlson**
Entity Type:                              **Individual**
FRN:                                      **0007301864**

**Disclosable Interest Holder Address**

Address Line 1:                           **c/o Telephone and Data Systems, Inc.**
Address Line 2:                           **30 North LaSalle Street, Suite 4000**
City:                                     **Chicago**
State:                                    **IL**
Zip Code:                                 **60602-**

**Type of Interest in Applicant**

**Indirect Ownership Interest in Applicant**

**Type of Ownership Interest in Applicant**

**Other: Trustee of Voting Trust that is comprised of a 52.3% controlling interest in Telephone and Data Systems, Inc., which indirectly holds 72.63% of the Applicant's equity.**

**Disclosable Interest Held in Applicant**

Percent of Interest Held in Applicant:      **72.63%**
Country of Citizenship:      **United States**

**Gross Revenues Attributable to Applicant**

This Disclosable Interest Holder is not an Affiliate of the Applicant within the meaning of the Commission's rules and, therefore, no revenue information for this Disclosable Interest Holder will be provided.

## Affiliates of this Applicant Detail for Affiliate: Barat Wireless, Inc.
### Affiliate

Name:      **Barat Wireless, Inc.**
Principal Business:      **Telecommunications**
FRN:      **0015019029**

**Gross Revenues Attributable to Applicant**

Gross Revenues for

| | |
|---|---|
| Most recent reportable year: | The Affiliate and any predecessors-in-interest were not in existence for a full year of the relevant period. |
| One year prior to most recent reportable year: | The Affiliate and any predecessors-in-interest were not in existence for a full year of the relevant period. |
| Two years prior to most recent reportable year: | The Affiliate and any predecessors-in-interest were not in existence for a full year of the relevant period. |

Average Gross Revenues:

**Financial Statements**

Barat Wireless, Inc. used unaudited financial statements prepared in accordance with Generally Accepted Accounting Principles and certified by their chief financial officer.

## Detail for Affiliate: Barat Wireless, L.P.
### Affiliate

Name:      **Barat Wireless, L.P.**
Principal Business:      **Telecommunications**
FRN:      **0015019003**

**Gross Revenues Attributable to Applicant**

Gross Revenues for

| | |
|---|---|
| Most recent reportable year: | The Affiliate and any predecessors-in-interest were not in existence for a full year of the relevant period. |
| One year prior to most recent reportable year: | The Affiliate and any predecessors-in-interest were not in existence for a full year of the relevant period. |
| Two years prior to most recent reportable year: | The Affiliate and any predecessors-in-interest were not in existence for a full year of the relevant period. |

Average Gross Revenues:

**Financial Statements**

Barat Wireless, L.P. used unaudited financial statements prepared in accordance with Generally Accepted Accounting Principles and certified by their chief financial officer.

## Detail for Affiliate: Carroll PCS, Inc.
### Affiliate

Name:      **Carroll PCS, Inc.**
Principal Business:      **Telecommunications**
FRN:      **0012863650**

**Gross Revenues Attributable to Applicant**

Gross Revenues for

| | | |
|---|---|---|
| Most recent reportable year: | **$50,000.00** | Year End Date: **12/31/2006** |
| One year prior to most recent reportable year: | **$0.00** | Year End Date: **12/31/2005** |
| Two years prior to most recent reportable year: | **$0.00** | Year End Date: **12/31/2004** |
| Average Gross Revenues: | **$16,666.67** | |

**Financial Statements**

Carroll PCS, Inc. used unaudited financial statements prepared in accordance with Generally Accepted Accounting Principles and certified by their chief financial officer.

## Detail for Affiliate: Carroll Wireless, LP

### Affiliate

| | |
|---|---|
| Name: | **Carroll Wireless, LP** |
| Principal Business: | **Telecommunications** |
| FRN: | **0012184834** |

**Gross Revenues Attributable to Applicant**

Gross Revenues for

| | | |
|---|---|---|
| Most recent reportable year: | **$0.00** | Year End Date: **12/31/2006** |
| One year prior to most recent reportable year: | **$0.00** | Year End Date: **12/31/2005** |
| Two years prior to most recent reportable year: | **$0.00** | Year End Date: **12/31/2004** |
| Average Gross Revenues: | **$0.00** | |

**Financial Statements**

Carroll Wireless, LP used unaudited financial statements prepared in accordance with Generally Accepted Accounting Principles and certified by their chief financial officer.

**Auction number:**      73
**File Number:**      0003247597
**Applicant Name:**      King Street Wireless, L.P.
**Date Submitted:**      1/4/2008, 10:35 AM

# Agreements

### Agreements

Agreement:      Bidding Agreement,Bidding/Joint Bidding
    Party Name:    **United States Cellular Corporation**      FRN:   **0004372322**
    Party Name:    **King Street Wireless, L.P.**      FRN:   **0017169327**

Agreement:      Agreement 2,Bidding/Joint Bidding
    Party Name:    **USCC Wireless Investment, Inc.**      FRN:   **0007292097**
    Party Name:    **King Street Wireless, L.P.**      FRN:   **0017169327**

Agreement:      AT&T Exchange Agreement,Bidding/Joint Bidding
    Party Name:    **United States Cellular Corporation**      FRN:   **0004372322**
    Party Name:    **New Cingular Wireless Services, Inc.**      FRN:   **0004122032**

Agreement:      Joint Bidding Agreement,Bidding/Joint Bidding
    Party Name:    **United States Cellular Corporation**      FRN:   **0004372322**
    Party Name:    **Muskrat Wireless, L.P.**      FRN:   **0002842425**

Agreement:      Agreement 1,Bidding/Joint Bidding
    Party Name:    **United States Cellular Corporation**      FRN:   **0004372322**
    Party Name:    **King Street Wireless, L.P.**      FRN:   **0017169327**

Agreement:      License Purchase Agreement,Bidding/Joint Bidding
    Party Name:    **United States Cellular Corporation**      FRN:   **0004372322**
    Party Name:    **Whidby Telephone Company**      FRN:   **0004321451**

## Exhibit 1 - Ownership Information Addendum

### I.       Controlling Interests

King Street Wireless, L.P. ("Applicant") has the following controlling interests: King Street Wireless, Inc.  ("KSWI") and Allison Cryor DiNardo. KSWI is the General Partner of the Applicant.  Ms. Cryor DiNardo has both *de jure* and *de facto* control in KSWI.  She owns a 100 percent of KSWI. Thus, she has a controlling interest in the Applicant.[1]  No other individual or entity has a controlling interest in the Applicant.

### II.      Bidding Credit Eligibility - Affiliates

- Applicant does not have any affiliates, except for those entities listed in the application herein, which are affiliates of Allison Cryor DiNardo (as explained below).

- Allison Cryor DiNardo has the following affiliates by virtue of controlling these entities: (1) King Street Wireless, L.P.; (2) King Street Wireless, Inc.; (3) Barat Wireless, L.P.; (4) Barat Wireless, Inc.; (5) Carroll Wireless, LP; and (6) Carroll PCS, Inc.

---

[1]       Allison Cryor DiNardo is the President of the General Partner.  There are no other officers or directors of either the Applicant or the General Partner.

## Exhibit 2 - Indirect Ownership

Allison Cryor DiNardo owns 100% of King Street Wireless, Inc., which in turn, owns the sole General Partnership Interest and 10% of the Applicant's equity.

United States Cellular Corporation ("USCC") owns 100% of USCC Wireless Investment, Inc., which in turn, owns the Limited Partnership Interest and 90% of the Applicant's equity.

Telephone and Data Systems, Inc. ("TDS") owns 80.7% of United States Cellular Corporation, which in turn, owns 100% of USCC Wireless Investment, Inc., which in turn owns the Limited Partnership Interest and 90% of the Applicant's equity.*

*TDS' interest in USCC is based upon USCC's most recent FCC Form 602 filed on November 30, 2007.

## **Exhibit 2 - Indirect Ownership (Revised)**

Allison Cryor DiNardo owns 100% of King Street Wireless, Inc., which in turn, owns the sole General Partnership Interest and 10% of the Applicant's equity.

United States Cellular Corporation ("USCC") owns 100% of USCC Wireless Investment, Inc., which in turn, owns the Limited Partnership Interest and 90% of the Applicant's equity.

Telephone and Data Systems, Inc. ("TDS") owns 80.7% of United States Cellular Corporation, which in turn, owns 100% of USCC Wireless Investment, Inc., which in turn owns the Limited Partnership Interest and 90% of the Applicant's equity.*

The Voting Trust (Telephone and Data Systems, Inc.) has a 52.3% controlling interest in Telephone and Data Systems, Inc., which in turn, owns 80.7% of United States Cellular Corporation, which in turn, owns 100% of USCC Wireless Investment, Inc., which in turn, owns the Limited Partnership Interest and 90% of Applicant's equity.**

*TDS' interest in USCC is based upon USCC's most recent FCC Form 602 filed on November 30, 2007.

**The Voting Trust's indirect interest is calculated in accordance with Section 1.2112(a)(6) of the Commission's rules.  Because it has a controlling interest in TDS, the Voting Trust's interest in TDS is treated as if it owns 100%.

**<u>Exhibit 3 – Gross Revenues King Street Wireless, L.P., King Street Wireless, Inc.,<br>Barat Wireless, L.P., and Barat Wireless, Inc.</u>**

King Street Wireless, L.P. and King Street Wireless, Inc. did not disclose any revenues for 2004, 2005, and 2006 because these entities were not formed until November, 2007.   Barat Wireless, L.P. and Barat Wireless, Inc. also did not disclose any revenues for 2004, 2005, and 2006 because these entities were not formed until June, 2006.

**Exhibit 4 - Agreements**

The following clarification is provided with respect to the Section titled "Agreements with Other Parties and Joint Bidding Arrangement:"

- "Bidding Agreement" is between King Street Wireless, L.P. ("Applicant" or "King Street") and United States Cellular Corporation ("USCC") and its affiliates (FRN #0004372322), a disclosable interest holder in the Applicant.   USCC's affiliate, USCC Auction 73, LLC (FRN # 0015013923) is an applicant in Auction Nos. 73 and 76.

- "Agreement 2" is between King Street and USCC Wireless Investment, Inc. ("USCC Investment") (FRN #0007292097), a disclosable interest holder in the Applicant.   USCC Investments' affiliate, USCC Auction 73, LLC (FRN # 0015013923) is an applicant in Auction Nos. 73 and 76.

- The "AT&T Exchange Agreement" is between United States Cellular Corporation (FRN #0004372322), a disclosable interest holder in King Street , and New Cingular Wireless Services, Inc. (FRN #0004122032), either an applicant or an affiliate of an applicant in Auction Nos. 73 and 76.   King Street is not a party to the "AT&T Exchange Agreement."

- The "Joint Bidding Agreement" is between USCC (FRN #0004372322), a disclosable interest holder in King Street, and Muskrat Wireless, L.P. (FRN #0002842425), an applicant in Auction Nos. 73 and 76.    USCC's affiliate, USCC Auction 73, LLC (FRN # 0015013923) is an applicant in Auction Nos. 73 and 76.   King Street is not a party to the "Joint Bidding Agreement."

- "Agreement 1" is between King Street and USCC (FRN #0004372322), a disclosable interest holder in the Applicant.  USCC's affiliate, USCC Auction 73, LLC (FRN # 0015013923) is an applicant in Auction Nos. 73 and 76.

- "License Purchase Agreement" is between USCC (FRN #0004372322), a disclosable interest holder in King Street, and Whidby Telephone Company (FRN #0004321451), an applicant in Auction Nos. 73 and 76.  USCC's affiliate, USCC Auction 73, LLC (FRN # 0015013923) is an applicant in Auction Nos. 73 and 76.  USCC's affiliate, USCC Auction 73, LLC (FRN # 0015013923) is an applicant in Auction Nos. 73 and 76.  King Street is not a party to the "License Purchase Agreement."

### Exhibit 5 – Voting Trust (Telephone and Data Systems, Inc.)

The Trustees of the Voting Trust are: LeRoy T. Carlson, Jr. (FRN 0007301773, Walter C.D. Carlson (FRN 007301864), Prudence E. Carlson (FRN 0007301971), and Dr. Letitia G.C. Carlson (FRN 0007301914) (hereinafter, the "Trustees").

The Voting Trust holds Series A Common Shares and Special Common Shares in Telephone and Data Systems, Inc. ("TDS") and was created to facilitate long-standing relationships among the trust's certificate holders.  Under the terms of the Voting Trust, the Trustees hold and vote the Series A Common Shares and Special Common Shares held in the trust.  As of December 31, 2006, the Voting Trust is the direct beneficial owner of (i) TDS Series A Common Shares, which are convertible on a share-for-share basis into TDS Common Shares, and (ii) TDS Special Common Shares.

The Voting Trust holds and the Trustees vote 6,084,381 Series A Common Shares of TDS, representing approximately 94.4% of the outstanding Series A Common Shares. The holders of Series A Common Shares are entitled to elect eight directors of TDS based on a board of twelve directors currently elected by the holders of TDS Series A Common Shares and TDS Preferred Shares.  The Series A Common Shares also vote in matters other than the election of directors.

The Voting Trust holds and the Trustees vote 6,072,898 Special Common Shares of TDS, representing approximately 5.5% of the voting power in the election of four of the directors of TDS based on a board of twelve directors currently elected by the holders of TDS Common Shares and TDS Special Common Shares.  The TDS Special Common Shares only vote in the election of such directors.

The Series A Common Shares also have ten votes per share in matters other than the election of directors and, accordingly, the Series A Common Shares held by the Voting Trust represent approximately 52.3% of the combined voting power of TDS's total shares that vote in matters other than the election of directors, based on 51,874,608 TDS Common Shares, 6,444,764 Series A Common Shares and 8,627 Preferred Shares issued and outstanding on December 31, 2006.  Therefore, the Voting Trust elects a majority of the directors and directs a majority of the combined voting power of TDS in matters other than the election of directors.



TRUSTEES OF VOTING TRUST:
LeRoy T. Carlson, Jr., Trustee – FRN 0007301773
Walter C.D. Carlson, Trustee – FRN 007301864
Prudence E. Carlson, Trustee – FRN 0007301971
Dr. Letitia G.C. Carlson, Trustee – FRN 0007301914

Voting Trust – Telephone and Data Systems, Inc.

52.3% of the Voting Power in matters other than the election of directors.

Telephone and Data Systems, Inc.

NOTE: No other individual or entity controls 10% or greater voting interest in matters other than the election of directors of the filer.

# 1712709_v2